*signature: Bruce T. Beesley* 

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 07, 2013

___

LAW OFFICES OF AMY N. TIRRE, APC
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

Counsel for Alleged Debtor, Kinsley Resources, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KINSLEY RESOURCES, INC.<br><br>Debtor. | Case No. BK-N-12-51217-BTB<br><br>Chapter 7 (Involuntary)<br><br>**ORDER APPROVING STIPULATION TO VACATE HEARING AND STIPULATION TO CONVERT CASE TO CHAPTER 11 IF ORDER OF DISMISSAL NOT UPLOADED BY APRIL 15, 2013**<br><br>Hearing Date:  February 13, 2013<br>Hearing Time:  3:00 p.m. |

Based upon the separately-filed *Stipulation To Vacate Hearing and Stipulation To Convert Case To Chapter 11 if Order Of Dismissal Not Uploaded by April 15, 2013* entered into by and among NEVADA INDUSTRIAL MINERALS, LTD, KINSLEY RESOURCES, INC., EDWIN ARBAR and QUANTUM GEOCONSULTANTS, LLC, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulations are approved and the hearing on the Kinsley Resources, Inc.'s Motion to Dismiss Involuntary Petition currently scheduled for February 13, 2012 at 3:00 p.m. is vacated.

IT IS HEREBY FURTHER ORDERED that unless a jointly-approved Stipulation and Order to Dismiss Involuntary Bankruptcy Case is uploaded to the ECF system no later than April 15, 2013, the case shall be converted to a voluntary Chapter 11 bankruptcy case, rendering the Motion to Dismiss Involuntary Bankruptcy Case moot.

# # #

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com