ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: *mail@asmithlaw.com*

*ELECTRONICALLY FILED*
*July 23, 2009*

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

WES CONSTRUCTION COMPANY, INC., a Nevada corporation,

HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company,

TRUCKING SERVICES, LLC, a Nevada limited liability company,

Debtors.

_____/

Case No. BK-N-09-52177-GWZ (Lead)
Case No. BK-N-09-52178-GWZ
Case No. BK-N-09-52181-GWZ
(Jointly Administered)

**DECLARATION OF MICHAEL BRANDT IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT AND TO MAKE CERTAIN DISTRIBUTIONS**

Hearing Date:   [OST Pending]

I, MICHAEL BRANDT, hereby declare under penalty of perjury that the following assertions are true:

1.   That I am the Chief Financial Officer for Debtor WES Construction Company, Inc. ("WES").

2.   That I have personal knowledge of the facts set forth herein, and if called to testify would be competent to testify regarding the same.

3.   That I have worked with Aaron B. Fricke, Esq. and Kurt O. Hunsberger, Esq. of the law firm Maupin, Cox & LeGoy ("MCL") since February 23, 2009 in order to pursue a claim by WES Construction against Roy A. Walker ("Walker") and his affiliates associated

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Mot Appr Settlmt\Decl Brandt Supp Mot Appr Settlmt 072209-lpb.wpd

with alleged misfeasance, malfeasance and improper accountings, and general unjust enrichment, together with other claims. Our assessment of the damage claim remaining at July 6, 2009 against Walker was approximately $3,940,992.86. Although this claim was listed as an account receivable in the schedules and statements filed in this case, there is no accounts receivable due from Walker, and the same is not supported by any promissory note or other documentary entry. The sum of $3,940,992.86 is merely our G.A.A.P. reviewed financial statement estimate of the damage claim against Walker. We have taken steps to amend the schedules to properly reflect the claim against Walker and his affiliates.

4.  In my opinion, the settlement with Walker is fair, and is in the best interests of creditors. WES is in desperate need of funds in order to operate. Although business prospects are very good, we have no operating capital. Accordingly, we have no ability to gear up for larger jobs, which often requires available cash in the range of $200,000.00. For example, on June 29, 2009, we will bid a current job with Nevada Energy for the sum of approximately $1,200,000.00 which will commence on or about August 1, 2009, and run through October 15, 2009, and which requires initial available cash of approximately $150,000.00 in order to gear up. Our need for cash is immediate, and unless cash become available within the next two weeks, our ability to bid additional jobs and maintain operation will be severely hampered, if not destroyed completely.

5.  That immediately prior to filing the petition herein, MB Financial Bank, N.A. ("MB Financial") controlled all of the cash of WES. Specifically, all collections were deposited into a MB Financial account, and all disbursements required the approval of MB Financial. Accordingly, as of the petition filing date, WES had no excess cash whatsoever. Accordingly, we were unable to pay a retainer to Alan R. Smith, Esq. for his services in connection with this bankruptcy case. We agreed that the retainer would be paid to Mr. Smith from the funds generated from the settlement with Walker.

///
///
///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Mot Appr Settlmt\Decl Brandt Supp Mot Appr Settlmt 072209-lpb.wpd

2

1   DATED this ____ day of July, 2009.

*See attached signature*
_____
MICHAEL BRANDT

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\WES Constr\Mot Appr Settlmt\Decl Brandt Supp Mot Appr Settlmt 072209-lpb.wpd

3

1  DATED this 22nd day of July, 2009.

_____
MICHAEL BRANDT

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Mot Appr Settlmt\Decl Brandt Supp Mot Appr Settlmt 072208-lpb.wpd

3