ALAN R. SMITH, ESQ. #1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Attorney for Debtors

*ELECTRONICALLY FILED*
*July 23, 2009*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

WES Construction Company, Inc.,

Debtor.
_____/

Case No. BK-N-09-52177-GWZ
Chapter 11

## AMENDMENT COVER SHEET

_____Amendment(s) to the following are transmitted herewith. Check all that apply.

( )    Petition (must be signed by debtor **and** attorney for debtor (per Fed.R.Bankr.P. 9011)

( )    Summary of Schedules

( )    Schedule A - Real Property

(X)    Schedule B - Personal Property

( )    Schedule C - Property Claimed as Exempt

( )    Schedule D, E, F, and/or List Creditors or Equity Holders

   ( ) Add/delete creditor(s), change amount or classification of debt- **$26.00 fee required**

   ( ) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s)- **no fee**

*Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )    Schedule G - Schedule of Executory Contracts & Expired Leases

( )    Schedule H - Codebtors

( )    Statement of Financial Affairs

( )    Business Income and Expenses

( )    Balance Sheet, Statement of Income and Statement of Cash Flows

( )    Federal Income Tax Return

### DECLARATION OF DEBTOR

I, MICHAEL A. BRANDT, an Officer of the Debtor, declare under penalty of perjury that the information set forth in the amendment(s) attached hereto are true and correct to the best of our information and belief.

/s/ Michael A. Brandt
_____
Michael A. Brandt, Treasurer
Date: July 23, 2009

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\amend S&S cover sheet 072309.wpd

B6B (Official Form 6B) (12/07)

In re  **WES CONSTRUCTION COMPANY, INC.** ,   Case No. **09-52177**
　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | MB FINANCIAL, CHECKING ACCT.<br>HERITAGE BANK, CHKG. ACCOUNT xxxxxx0608 | -<br>- | 0.00<br>8,500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　**8,500.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

**3**　continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **WES CONSTRUCTION COMPANY, INC.**,                             Case No. **09-52177**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | OPEN ACCOUNTS (AS OF 7/03/09 AND SUBJECT TO COLLECTION) | - | 875,050.00 |
| | | MECHANICS LIEN CLAIMS [FIRST GOLD $169,000; ST. JAMES VILLAGE $500,000; R & K HOMES $290,000] plus accrued, unpaid interest | - | 959,000.00 |
| | | NOTES SECURED BY DEEDS OF TRUST [RENO QUALITY HOMES $436,743.25; SYNCON HOMES $388,968.75], plus accrued, unpaid interest | - | 825,712.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | INCOME TAX RECEIVABLE | - | 3,129.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                                                                         Sub-Total >   **2,662,891.00**
                                                                                                         (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **WES CONSTRUCTION COMPANY, INC.**, Case No. **09-52177**
  Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **CUSTOMER LISTING AND CUSTOMER CODE (NO MONETARY VALUE)** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 FORD F-450 PICKUP (VIN 3479)** | - | 14,700.00 |
| | | **2007 FORD F-450 PICKUP (VIN 3478)** | - | 14,700.00 |
| | | **2008 FORD EXPLORER (VIN 5688)** | - | 19,000.00 |
| | | **2008 FORD EXPLORER (VIN 5635)** | - | 17,000.00 |
| | | **TRUCKS, FLATBED TRUCKS, TRAILERS** | - | 355,178.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, data, media, software, printers, fax machine, scanner, desks, chairs, furnishings, tables, filing cabinets, and supplies used in business operations** | - | 525,000.00 |
| | | | Sub-Total > (Total of this page) | 945,578.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **WES CONSTRUCTION COMPANY, INC.** ,  Case No. **09-52177**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **TRUCKS, TRAILERS, EXCAVATORS, BACKHOES, SCREENS AND CRUSHERS, LASERS, VIBRATING ROLLERS, TAMPERS, EXCAVATOR AND LOADER ATTACHMENTS, LOADERS, COMPRESSORS, BUCKETS, AIR TOOLS, PUMPS, POWER TOOLS, WELDERS, GENERATORS, SAWS** | - | **582,499.00** |
| 30. Inventory. | | **BASE, FILL, ROCK, SLURY, GRINDINGS, SAND, TOP SOIL (estimated market value)** | - | **50,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **CHOSE IN ACTION AGAINST ROY WALKER AND CERTAIN AFFILIATES** | - | **Unknown** |

|  | Sub-Total > (Total of this page) | **632,499.00** |
|---|---|---|
|  | Total > | **4,249,468.00** |

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property
(Report also on Summary of Schedules)