ALAN R. SMITH, ESQ. #1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: *mail@asmithlaw.com*

*ELECTRONICALLY FILED*
*July 27, 2009*

Proposed Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

WES CONSTRUCTION COMPANY, INC., a Nevada corporation,

HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company,

TRUCKING SERVICES, LLC, a Nevada limited liability company,

    Debtors.
_____/

Case No. BK-N-09-52177-GWZ (Lead)
Case No. BK-N-09-52178-GWZ
Case No. BK-N-09-52181-GWZ
(Jointly Administered)

WES CONSTRUCTION COMPANY, INC., a Nevada corporation,

    Plaintiff,

v.

MB FINANCIAL BANK, N.A., a National Association,

    Defendant.
_____/

Adv. No. _____

**COMPLAINT FOR RECOVERY OF PREFERENTIAL TRANSFERS AND FOR EQUITABLE SUBORDINATION**

COMES NOW Plaintiff, WES CONSTRUCTION COMPANY, INC., a Nevada corporation ("WES"), and complains against MB Financial Bank, N.A. ("MB Financial") as follows:

///

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Adv MB Fin\Complaint v MB Fin 072409-lpb.wpd

## GENERAL ALLEGATIONS

1. The above-captioned debtors filed petitions commencing cases under chapter 11 of the Bankruptcy Code on July 6, 2009 (the "Petition Date"). The debtors continue to operate their businesses as debtors-in-possession.

2. Plaintiff, WES Construction Company, Inc. is a Nevada corporation.

3. Defendant, MB Financial Bank, N.A. is a financial institution doing business in the State of Nevada ("MB Financial").

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §157 and §1334, and pursuant to 11 U.S.C. § 502, 510, and 547. Plaintiff believes and avers that the claims for relief are "core" proceedings subject to determination by this Court pursuant to 28 U.S.C. §157(b)(2)(B), (C), (E), and (F) or otherwise related matters pursuant to 28 U.S.C. §1334. In the event any claim for relief is determined not to be a "core" proceeding, Plaintiff hereby consents to its determination of such claim by this Court.

5. Venue is proper pursuant to 28 U.S.C. §1449.

## FIRST CLAIM FOR RELIEF

### (Preferential Transfers to MB Financial)

6. Plaintiff hereby incorporates each and every averment set forth in paragraphs 1 through 5 above as if fully set forth herein.

7. That on or about May 14, 2009, WES conducted an auction of certain equipment more particularly identified in Exhibit "A" attached hereto and incorporated by reference herein (hereinafter the "Sold Equipment"). MB Financial was not identified as a lien holder on any of the titles for the Sold Equipment, and did not have a security interest in the Sold Equipment.

8. At the time of the auction, and thereafter (as more specifically set forth below), MB Financial had instituted strict financial controls on the Debtor, and required the deposit of all income received from any source into an MB Financial account, with disbursements to be made only upon approval of MB Financial. On or about June 7, 2009, all of the

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\WES Constr\Adv MB Fin\Complaint v MB Fin 072409-lpb.wpd       - 2 -

1  proceeds from the sale of the Sold Equipment were paid to MB Financial (hereinafter
2  referred to as the "Transfer").
3      9.    At the time of the Transfer, MB Financial was owed a substantial unsecured
4  debt by the Debtor, which had been in existence for more than one year.
5      10.   At the time of the Transfer, the Debtor was insolvent.
6      11.   The Transfer was made within 90 days prior to the Petition Date.
7      12.   The Transfer enabled defendant MB Financial to receive more than it would
8  have received if the case were a case under chapter 7 of the Bankruptcy Code, the Transfer
9  had not been made, and defendant MB Financial received payment of such debt to the extent
10 provided for by the Bankruptcy Code.
11     13.   The Transfer is an avoidable preferential transfer in accordance with Title 11
12 U.S.C. §547(b).
13     WHEREFORE, WES prays for relief as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

### (Equitable Subordination)

16     14.   Plaintiff hereby incorporates each and every averment set forth in paragraphs
17 1 through 13 above as if fully set forth herein.
18     15.   Commencing approximately in March of 2009, defendant MB Financial
19 embarked upon a program designed to control WES with the sole purpose of providing the
20 maximum financial benefit to MB Financial, including:
21         a.   Demanding that all deposits be made directly into an MB Financial
22              account;
23         b.   Threatening key employees by stating that if any payments were
24              diverted other than being deposited directly into MB Financial's bank
25              account, it would be considered conversion and legal action would be
26              instituted against them;
27         c.   Requiring the approval of MB Financial for each and every check
28              issued by WES, and on occasions, even when checks were authorized,

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Adv MB Fin\Complaint v MB Fin 072409-lpb.wpd      - 3 -

such checks were subsequently disapproved by MB Financial.

  d. Demanding that WES employ Sean Broderick ("Broderick") as its chief restruction officer, to be paid a fee from WES of $315.00 per hour, plus expenses. Broderick was employed effective June 18, 2009. Broderick reported directly to MB Financial each day, took directions directly from MB Financial, and refused to take directions from the board or other personnel at WES.

  e. The actions of Broderick were designed solely to benefit MB Financial, including assurance that all income to WES was paid directly to MB Financial, that the only creditors paid were those necessary in order to assure future receipts of accounts receivable, and to implement the overall plan of liquidation in order to provide maximum benefit to MB Financial.

  16. As a result of the control exercised by MB Financial both directly and through its agent Broderick, WES was stripped of all available cash needed for successful operations; various jobs were delayed; certain vendors were not paid creating a public perception that WES was failing; certain checks previously authorized by MB Financial were subsequently dishonored, which furthered the perception that the company had insufficient cash; and the company was placed in a position where it was unable to bid upon significant future jobs due to lack of funding.

  17. Furthermore, on June 29, 2009, MB Financial circulated to WES a proposed forebearance agreement, insisting that the same be signed no later than July 3, 2009. MB Financial indicated that in the event the forebearance agreement was not signed, it would declare the loans and obligations all due and payable, and take appropriate action. The forebearance agreement specifically provided that additional security would be granted to MB Financial, including any causes of action that the Debtor had against Roy A. Walker and certain other entities.

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Adv MB Fin\Complaint v MB Fin 072409-lpb.wpd

- 4 -

18. By its actions, MB Financial essentially assumed control of WES, and placed WES in a position where it could no longer profitably operate its business, and created a public perception that WES was in the process of liquidation.

19. Pursuant to 11 U.S.C.§510(c), the claim of MB Financial should be subordinated to all other allowed claims of the Debtor, and the liens securing the claim of MB Financial should be transferred to the estate.

**WHEREFORE**, Plaintiff prays for relief as follows:

1. With respect to the First Claim for Relief, for the recovery of all preferential transfers made to MB Financial, together with the interest thereon, from and after the date of such transfers;

2. With respect to the second claim for relief, for an order equitably subordinating the claim of MB Financial to all other creditors of the Debtor, and transferring the lien securing the subordinated claim of MB Financial to the estate;

3. With respect to all claims for relief, for reasonable costs and attorney's fees; and

4. For such other and further relief as the court shall deem just and proper.

DATED this 27th day of July, 2009.

LAW OFFICES OF ALAN R. SMITH

By: /s/ Alan R. Smith
ALAN R. SMITH, ESQ.
Proposed Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Adv MB Fin\Complaint v MB Fin 072409-lpb.wpd      - 5 -

# Exhibit "A"

## WES CONSTRUCTION CO., INC. RBA Auction 05/14/09 - Final

| Type | Sub Type | Equip # | MB Bank or unsecured | Title Copy | RBA Lot # | Actual Proceeds 5/15/09 AUCTION | Under $2500 Surcharge | RBA Commission @11% | Refurb, Clean or Repair | Transport | Net Proceeds | Fixed Asset Owner | Year | Description | Model | Serial Number | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pickup | | 4069 | unsecured | no | 702 | 6,000 | 0 | 660 | 25 | 250 | 5,065 | | 2000 | F250 | F250 Utility 2X4 | 1FTNX21F2YEB84341 | requested title copy from RBA |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4076 | unsecured | yes | 662 | 2,250 | 225 | 248 | 41 | 250 | 1,487 | WES | 1996 | F250 | F250 Utility 2X4 | 1FTHF25F6TEA68273 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4079 | unsecured | yes | 627 | 5,000 | 0 | 550 | 41 | 250 | 4,159 | WES | 1999 | F350 | F350 Flatbed 2X4 | 1FDWF37FXXEB13516 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4084 | unsecured | yes | 619 | 3,000 | 0 | 330 | 41 | 250 | 2,379 | WES | 1999 | F450 | F450 Flatbed 2X4 | 1FDXF46FXEB37485 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4086 | unsecured | yes | 620 | 3,000 | 0 | 330 | 281 | 250 | 2,139 | WES | 1999 | F450 | F450 Flatbed 2X4 | 1FDXF46F3XEA42431 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4098 | unsecured | yes | 618 | 3,500 | 0 | 385 | 41 | 250 | 2,824 | TS | 1999 | F550 | F550 Flatbed 2X4 | 1FDAF56F9XED04550 | |
| 40 - Trucks - Diesel | Mechanic Truck | 4099 | unsecured | yes | 373A | 4,500 | 0 | 495 | 41 | 250 | 3,714 | TS | 1997 | F450-Service | F350 Mechanic 2X4 | 3FELF47F4VMA52286 | |
| 50 - Trucks - Diesel | Trucks Tractor 3-Axle | 5098 | unsecured | yes | 398 | 20,000 | 0 | 2,200 | | 500 | 17,300 | TS | 2000 | 379 | Peterbilt 379 | 1XP5DB9X3YD514305 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 6073 | unsecured | yes | 1596 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TS | 2004 | Front Side Dump | TK60SSD | 1TKS04024M047164 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 6074 | unsecured | yes | 1603 | 5,500 | 0 | 605 | | 100 | 4,795 | TS | 2004 | Side Dump Dolly | TK2CD | 1TKS02025M047165 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 6075 | unsecured | yes | 1593 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TS | 2004 | Front Side Dump | TK60SSD | 1TKS04022M047166 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 6076 | unsecured | yes | 1595 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TS | 2004 | Front Side Dump | TK60SSD | 1TKS04023M047161 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 6077 | unsecured | yes | 1602 | 5,500 | 0 | 605 | | 100 | 4,795 | TS | 2004 | Side Dump Dolly | TK2CD | 1TKS02022M047162 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 6078 | unsecured | yes | 1594 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TS | 2004 | Rear Side Dump | TK60SSD | 1TKS04027M047163 | |
| 60 - Trailers | Trailers Lowbed Tag | 6079 | unsecured | yes | 1554 | 3,500 | 0 | 385 | | 250 | 2,865 | TS | 2001 | TK24-2400 | 24 Ton Flatbed | 1TKC02426M037013 | |
| 60 - Trailers | Trailers First Transfer | 6090 | unsecured | yes | 495 | 0 | 0 | 0 | | 200 | (200) | TS | 2005 | Transfer Reliance | 3TROHD-24 | 5REFA5381S5054219 | |
| 60 - Trailers | Trailers Second Transfer | 6091 | unsecured | yes | 1599 | 9,500 | 0 | 1,045 | | | 8,455 | TS | 2005 | Transfer Reliance | 2TROHD-22 | 5REFA528X5S054222 | |
| 60 - Trailers | Trailers First Transfer | 6092 | unsecured | yes | 496 | 0 | 0 | 0 | 41 | 500 | (541) | TS | 2005 | Transfer Reliance | 3TROHD-24 | 5REFA53625S054214 | |
| 60 - Trailers | Trailers Second Transfer | 6093 | unsecured | yes | 1598 | 10,000 | 0 | 1,100 | | 200 | 8,700 | TS | 2005 | Transfer Reliance | 2TROHD-22 | 5REFA5285S054217 | |
| 60 - Trailers | | 16078 | unsecured | yes | 1606 | 6,000 | 0 | 660 | | | 5,340 | WES | 1990 | 20 belly dump | | 1HHH0402XLJ21401 | |
| 40 - Trucks - Diesel | Pickup Diesel | 40108 | unsecured | yes | 701 | 5,500 | 0 | 605 | 41 | 250 | 4,604 | WES | 2000 | F250 | F250 Pickup 4X4 | 1FTNX21F0YED36262 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40110 | unsecured | yes | 617 | 3,500 | 0 | 385 | 41 | 250 | 2,824 | WES | 2000 | F550 | F550 Flatbed 2X4 | 1FDAF56F7XEE58957 | |
| 40 - Truck - Gasoline | Pickup Gasoline | 40111 | unsecured | yes | 714 | 3,000 | 0 | 330 | 168 | 250 | 2,252 | WES | 2000 | F150 | F150 Pickup 4X4 | 1FTRF18M0YNC12867 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40112 | unsecured | yes | 588 | 5,500 | 0 | 605 | 41 | | 4,854 | WES | 2001 | F450 | F450 Flatbed 2X4 | 1FDXF47F1EC03950 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40117 | unsecured | yes | 587 | 5,500 | 0 | 605 | 41 | 250 | 4,604 | WES | 2001 | F450 | F450 Flatbed 2X4 | 1FDXF46F61ED07334 | |
| 40 - Trucks - Diesel | Pickup Diesel | 40119 | unsecured | yes | 678 | 7,000 | 0 | 770 | 41 | 250 | 5,939 | WES | 2001 | F250 | F250 Pickup 4X4 | 1FTNX21F31EB85374 | |
| 40 - Truck - Gasoline | Pickup Gasoline | 40122 | unsecured | yes | 706 | 3,500 | 0 | 385 | 396 | 250 | 2,479 | WES | 2000 | C-20 | 1500 Pickup EXT-CAB 2X4 | 2GCEK19T8Y1210672 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40127 | unsecured | yes | 604 | 6,000 | 0 | 660 | 41 | 250 | 5,049 | WES | 2001 | F350 | F350 Flatbed 2X4 | 1FDWF36F01EB32407 | |
| 50 - Trucks - Diesel | Trucks Transfer 3-Axle | 50109 | unsecured | yes | 496 | 55,000 | 0 | 6,050 | | 200 | 48,750 | TS | 2005 | T-800 | KW - T800 | 3BKDX40X85F079388 | |
| 50 - Trucks - Diesel | Trucks Transfer 3-Axle | 50110 | unsecured | yes | 495 | 64,000 | 0 | 7,040 | 41 | 500 | 56,419 | TS | 2005 | T-800 | KW - T800 | 3BKDX40X65F079397 | |
| 50 - Trucks - Diesel | Trucks Dump 5 Yard 2-Axle | 50112 | unsecured | yes | 511 | 9,500 | 0 | 1,045 | | 250 | 8,205 | TS | 1999 | F450 Dumping 2X4 | IHC 4700-2 | 1HTSCAAM2XH646100 | |
| 50 - Trucks - Diesel | Trucks Tractor 3-Axle | 50121 | unsecured | yes | 396 | 20,000 | 0 | 2,200 | 41 | 500 | 17,259 | TS | 2000 | 3 Axle Tractor | KW - T800 | 1XKDD60X6YR61431 | |
| 50 - Trucks - Diesel | Trucks Water 3-Axle | 50125 | unsecured | yes | 477 | 23,000 | 0 | 2,530 | 1,535 | 700 | 18,235 | WES | 2000 | 3Axle Water Truck | IHC 4900 | 1HTSHA0T61H340559 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 60104 | unsecured | yes | 1591 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TS | 2005 | Front Side Dump | TK60SSD | 1TKS04024M062088 | |
| 60 - Trailers | Trailers Side Dumps 20 Yard | 60106 | unsecured | yes | 1592 | 20,500 | 0 | 2,255 | | 250 | 17,995 | | 2005 | Rear Side Dump | TK60SSD | 1TKS04025M062090 | |
| | | | | | | 421,250 | 225 | 46,338 | 2,969 | 9,000 | 362,719 | | | | | | |

EXHIBIT "A"