ALAN R. SMITH, ESQ. #1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
July 27, 2009

Proposed Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

WES CONSTRUCTION COMPANY, INC., a Nevada corporation,

HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company,

TRUCKING SERVICES, LLC, a Nevada limited liability company,

Debtors.
_____/

Case No. BK-N-09-52177-GWZ (Lead)
Case No. BK-N-09-52178-GWZ
Case No. BK-N-09-52181-GWZ
(Jointly Administered)

**OBJECTION TO SECURED AND UNSECURED CLAIM OF MB FINANCIAL BANK, N.A.**

(No Hearing Required)

Debtors, by and through their counsel, Alan R. Smith, Esq. of the Law Offices of Alan R. Smith, hereby object to any secured and unsecured claim of MB Financial Bank, N.A. (hereinafter "MB Financial"). This objection is based upon LR 3007, the points and authorities set forth below, the pleadings and papers on file herein, and such other matters and evidence as may be presented at any hearing hereon.

**POINTS AND AUTHORITIES**

On July 6, 2009, the Debtors filed voluntary petitions commencing their case under Chapter 11, Title 11, United States Code. The Debtors continue to operate their business as Debtors-in-possession.

In various pleadings filed before this Court, MB Financial has asserted a secured and unsecured claim against the Debtors based upon a financing arrangement with MB Financial. On July 27, 2009, the Debtors filed their complaint for recovery of preferential payments and

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Claims\Obj Claims MB Fin 072709-lpb.wpd

for equitable subordination (the "Complaint"). In the Complaint, the Debtors allege that MB Financial received a preferential payment derived from the sale of certain equipment owned by the Debtors in which MB Financial did not have a security interest. That payment totaled approximately $362,719.00. Pursuant to Section 502(d),

> "the court should disallow any claim of any entity from which property was recoverable under section ... 550 ... or that is a transferee of a transfer avoidable under section ... 547 ... of this title, unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable under section ... 550 ...."

MB Financial has failed to turn over the sum of $362,719.00, together with accrued interest, which it received as a preferential payment. Accordingly, the Debtors hereby object to any claim filed by MB Financial, and requests that the same be denied.

DATED this 27th day of July, 2009.

LAW OFFICES OF ALAN R. SMITH

By:  */s/ Alan R. Smith*
ALAN R. SMITH, ESQ.
Proposed Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\WES Constr\Claims\Obj Claims MB Fin 072709-lpb.wpd      - 2 -