**Entered on Docket
August 04, 2009**

*Mary A. Schott*

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

1 BRUCE T. BEESLEY, NV BAR #1164
2 LAURY M. MACAULEY, NV BAR #11413
3 CARYN S. TIJSSELING, NV BAR#6521
4 LEWIS and ROCA, LLP
5 50 West Liberty Street, Ste. 410
6 Reno, Nevada 89501
7 Telephone: (775) 823-2900
8 Facsimile:  (775) 823-2929
9 bbeesley@lrlaw.com;
10 lmacauley@lrlaw.com;
11 ctijsseling@lrlaw.com

Attorneys for Secured Creditor
MB Financial Bank

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO. BK-N-09-52177-GWZ<br>Chapter 11 |
| WES CONSTRUCTION COMPANY, INC., a Nevada corporation, | **ORDER REQUIRING MICHAEL BRANDT TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company, | Hearing Date:  N/A<br>Hearing Time:  N/A |
| Trucking Services, LLC, a Nevada limited liability company. | |
| Debtors._____/ | |

1  MB FINANCIAL BANK, N.A., having filed a Motion for Order for 2004 Examination of
2  MICHAEL BRANDT pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"),
3  The Motion having been submitted to this Court, and good cause appearing,
4  IT IS HEREBY ORDERED that MICAHEL BRANDT appear for examination at the
5  offices of Lewis and Roca LLP, 50 W. Liberty Street, Suite 410, Reno, Nevada 89501, beginning
6  at 9:00 a.m. on August 10, 2009 and continuing from day to day thereafter until completion.

SUBMITTED BY:

LEWIS AND ROCA LLP


By: /s/ Caryn S. Tijsseling
    BRUCE T. BEESLEY
    LAURY M. MACAULY
    CARYN S. TIJSSELING
    50 W. Liberty Street, Suite 410
    Reno, Nevada 89501
    *Attorneys for MB Financial, N.A.*

# # #