NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 2129
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
Sara L. Kistler

Filed
Electronically
August 18, 2009
Office of the
United States Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case no: BK-N-09-52177-GWZ |
| WES CONSTRUCTION COMPANY, INC., | **APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** |
| Debtors. | Hearing Date: N/A<br>Hearing Time: N/A |

TO THE HONORABLE GREGG W. ZIVE, BANKRUPTCY JUDGE:

Pursuant to Section 1102 of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors.

1. NORTHERN NEVADA CONCRETE, INC.

   Represented by:    C. Ed Friberg
   David D. Elizondo
   12240 Hidden Hills Drive
   Sparks, NV 89441

2. VALLEY CONCRETE CO., INC.

   Represented by:    Jay Gore
   601 So. 15th Street
   Sparks, NV 89431

3. SPECIALTY EQUIPMENT SERVICE, LLC
and ACTIVE ASSET MANAGEMENT, LLC

    Represented by:    Neil Brandon
                              8640 Canyon River Drive
                              Sparks, NV 89434

4. GARY DAYTON

                              7190 Lindsay
                              Sparks, NV 89436

5. LYLE KIBBE

                              11310 Corner Brook Court
                              Reno, NV 89511

DATED this 18th day of August, 2009.

                                                              Respectfully submitted,

                                                              Nicholas Strozza
                                                             State Bar # CA 117234
                                                              William B. Cossitt
                                                             State Bar #3484
                                                             300 Booth Street, #2129
                                                             Reno NV 89509
                                                             (775) 784-5335

                                                             **/s/ NICHOLAS STROZZA**
                                                             _____
                                                             Attorneys for Acting United States Trustee
                                                             Sara L. Kistler

<u>CERTIFICATE OF SERVICE</u>

I, Kimberly Flores, under penalty of perjury declare: that declarant is, and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action; that on August 18, 2009, I served a copy of the attached APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS on the following parties by placing a copy of same in an envelope, postage prepaid, addressed to the last known addresses of each party, as follows:

NORTHERN NEVADA CONCRETE, INC.
C. Ed Friberg
David D. Elizondo
12240 Hidden Hills Drive
Sparks, NV 89441

VALLEY CONCRETE CO., INC.
Jay Gore
601 So. 15th Street
Sparks, NV 89431

SPECIALTY EQUIPMENT SERVICE, LLC
and ACTIVE ASSET MANAGEMENT, LLC
Neil Brandon
8640 Canyon River Drive
Sparks, NV 89434

GARY DAYTON
7190 Lindsay
Sparks, NV 89436

LYLE KIBBE
11310 Corner Brook Court
Reno, NV 89511

I electronically served a copy of the attached APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS on the following parties via email, as follows:

BRUCE THOMAS BEESLEY bbeesley@lrlaw.com  rmaples@lrlaw.com
jmoulian@lrlaw.com  mburns@lrlaw.com

STEPHEN R HARRIS noticesbh&p@renolaw.biz

TIMOTHY A LUKAS ecflukast@hollandhart.com

LAURY MILES MACAULEY lmacauley@lrlaw.com  rmaples@lrlaw.com

ALAN R SMITH mail@asmithlaw.com  turk@asmithlaw.com  marsh@asmithlaw.com

CARYN S. TIJSSELING ctijsseling@lrlaw.com  kschaaf@lrlaw.com

RICHARD D WILLIAMSON rich@nvlawyers.com  eileen@nvlawyers.com

U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

/s/ Kimberly Flores
KIMBERLY FLORES