Entered on Docket
August 31, 2009

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

John White, Esq., SB #1741
WHITE LAW CHARTERED
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| WES CONSTRUCTION COMPANY, INC., a Nevada corporation, | CASE NO.: BK-N-09-52177-GWZ<br>BK-N-09-52178-GWZ<br>BK-N-09-52181-GWZ |
| HEAVY EQUIPMENT SERVICES, LLC<br>A Nevada limited liability company, | (Jointly administered under 09-52177) |
| TRUCKING SERVICES, LLC.,<br>A Nevada limited liability company, | ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WHITE LAW CHARTERED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC,* AS OF AUGUST 26, 2009 |
| Debtors. | |
| _____/ | (No Hearing Required) |

*Page 1  Order*

WHITE LAW
CHARTERED
LAWYERS
OTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

Upon consideration of the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") for an order pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and section 1103(a) of title 11 if the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") authorizing and approving the employment and retention of White Law Chartered ("WLC") as its counsel and to represent it in this chapter 11 case, and the Affidavit of John White, Esq., the Shareholder of WLC (the "White Affidavit"), the Court being satisfied based on the representations made in the Application and the White Affidavit that WLC does not hold or represent an interest adverse to the Debtors' estates and is disinterested under sections 101(14) and 1103(a) of the Bankruptcy Code and that the employment of WLC is necessary and in the best interests of the Committee and the Debtor's estate; and it appearing that adequate and sufficient notice of the Application has been given and that no other or further notice need be given; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1.  Pursuant to section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), the Committee is authorized to employ and retain WLC as its counsel, effective as of August 26, 2009, to advise and represent the Committee, and such retention and employment is hereby approved.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

*Page 2 Order*

2. WLC is authorized to provide legal services to the Committee that are deemed necessary and appropriate by the Committee.

3. WLC shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, the Fee Guidelines promulgated by the Executive Office of the United States Trustee, and such procedures as my be fixed by order of this Court.

4. This Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Submitted by:

WHITE LAW CHARTERED

*/s/ John White/*

JOHN WHITE, ESQ.


APPROVED/~~DISAPPROVED~~

/S/ William B. Cossitt
2009.08.28 08:18:59 -07'00'

United States Trustee

###

WHITE LAW
CHARTERED
LAWYERS
)TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

Page 3  Order