**Entered on Docket
September 08, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

---

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 2129
Reno NV 89509
USTPRegion17.RE.ECF@usdoj.gov
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorney for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WES CONSTRUCTION CO.,<br>HEAVY EQUIPMENT SERVICES, LLC,<br>and TRUCKING SERVICES, LLC,<br><br><br><br><br><br>_____Debtor._____ | Case no: BK-N-09-52177-GWZ<br>Case no: BK-N-09-52178-GWZ<br>Case no: BK-N-09-52181-GWZ<br>(Jointly Administered Ch. 11's)<br><br>**ORDER DENYING<br>APPLICATION TO EMPLOY<br>ATTORNEY FOR DEBTORS**<br><br>Hearing Date: August 26, 2009<br>Hearing Time: 10:00 a.m. |

The Application To Employ Attorney For Debtors (the "Application") was properly noticed and came on for hearing at the above stated date and time. Alan R. Smith, Esq., appeared for himself as the Applicant and on behalf of the Debtors. Aaron Bart Fricke, Esq., appeared as special counsel for the Debtors and Officers of the Debtors were also present. William B. Cossitt, Esq., appeared on behalf of the Acting United States Trustee ("US Trustee"). Bruce T. Beesley, Esq., and Laury M. Macauley, Esq., appeared on behalf of MB Financial Bank. John White, Esq., appeared as

1 proposed counsel for the Unsecured Creditors Committee.

2 The Court put its findings of fact and conclusions of law on the record in open court,
3 pursuant to Federal Rule of Civil Procedure 52 made applicable by Federal Rule of Bankruptcy
4 Procedure 7052. The Court has supplemented those findings and conclusions with written findings
5 and conclusions on file herein. **NOW THEREFORE,**

6 **IT IS HEREBY ORDERED** that the Application to approve Alan R. Smith, Esq., as
7 counsel for the Debtors is DENIED.

8 Respectfully submitted,

9 Nicholas Strozza, State Bar # CA 117234
William B. Cossitt, State Bar #3484
10 300 Booth Street, #2129
Reno NV 89509
11 (775) 784-5335

12 **/s/ WILLIAM B. COSSITT**

13 Attorneys for Acting United States Trustee
Sara L. Kistler
14

15 APPROVED/DISAPPROVED this ___ day of _____, 2009

16 _____
ALAN R. SMITH, ESQ.
17
APPROVED/DISAPPROVED this ___ day of _____, 2009
18
/s/ BRUCE T. BEESLEY
19 _____
BRUCE T. BEESLEY, ESQ. Counsel for
20 MB Financial Bank

21
APPROVED/DISAPPROVED this ___ day of _____, 2009
22 /s/ AARAN B. FRICKE
_____
23 AARON B. FRICKE, ESQ., special counsel
for the Debtors
24
APPROVED/DISAPPROVED this ___ day of _____, 2009
25 /s/ JOHN WHITE
_____
26 JOHN WHITE, ESQ., proposed counsel
for the Unsecured Creditors Committee
27

28

- 2 -

Case 09-52177-gwz    Doc 142    Entered 09/08/09 16:04:28    Page 2 of 3

1 | as proposed counsel for the Unsecured Creditors Committee.

2 | The Court put its findings of fact and conclusions of law on the record in open court,
3 | pursuant to Federal Rule of Civil Procedure 52 made applicable by Federal Rule of Bankruptcy
4 | Procedure 7052. The Court has supplemented those findings and conclusions with written findings
5 | and conclusions on file herein. **NOW THEREFORE,**

6 | **IT IS HEREBY ORDERED** that the Application to approve Alan R. Smith, Esq., as
7 | counsel for the Debtors is DENIED.

8 | Respectfully submitted,

9 | Nicholas Strozza, State Bar # CA 117234
William B. Cossitt, State Bar #3484
10 | 300 Booth Street, #2129
Reno NV 89509
11 | (775) 784-5335

12 | /s/ **WILLIAM B. COSSITT**
_____
13 | Attorneys for Acting United States Trustee
Sara L. Kistler
14 |

15 | APPROVED/DISAPPROVED this ___ day of _____, 2009

16 | _____
ALAN R. SMITH, ESQ.
17 |
APPROVED/DISAPPROVED this ___ day of _____, 2009
18 |

19 | _____
BRUCE T. BEESLEY, ESQ. Counsel for
20 | MB Financial Bank

21 |
APPROVED/DISAPPROVED this ___ day of _____, 2009
22 |

23 | AARON B. FRICKE, ESQ., special counsel
for the Debtors
24 |
APPROVED/DISAPPROVED this ___ day of _____, 2009
25 |

26 | JOHN WHITE, ESQ., proposed counsel
for the Unsecured Creditors Committee
27 |

28 |
###

- 2 -