Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
notices@bankruptcyreno.com

E-Filed 9/11/09

Attorneys for Debtors

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>WES CONSTRUCTION COMPANY, INC., a Nevada corporation,<br><br>HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company,<br><br>TRUCKING SERVICES, LLC, a Nevada limited liability company,<br><br>Debtors.<br>_____/ | CASE NO. BK-N-09-52177-GWZ (Lead)<br>CASE NO. BK-N-09-52178-GWZ<br>CASE NO. BK-N-09-52181-GWZ<br>(Jointly Administered)<br><br>CHAPTER   11<br><br>**NOTICE OF HEARING ON APPLICATION TO EMPLOY THE LAW FIRM OF HARTMAN & HARTMAN AS DEBTORS' GENERAL COUNSEL**<br><br>Hearing Date: October 9, 2009<br>Hearing Time: 2:00 p.m.<br>Time Req'd: 15 Min.<br>Set By: Linda Duffy |

**NOTICE IS HEREBY GIVEN** that a Application to Employ the Law Firm of Hartman & Hartman as Counsel ("Application" ) has been filed by WES Construction Company, Inc., Heavy Equipment Services, LLC, and Trucking Services, LLC (hereinafter the "Debtors"). Debtors request an Order approving Debtors' employment of Hartman & Hartman ("Hartman ") as counsel for the jointly administered estates and approval of the payment of a $40,000 post petition retainer.

**NOTICE IS FURTHER GIVEN** that a hearing on the Application has been scheduled before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Reno, Nevada on October 9, 2009 at the hour of 2:00 p.m.

**NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the time limits set forth in Local Rule 9014(d)(1) for oppositions to a motion. Local Rule 9014(d)(1) provides as follows:

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than 15 days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than 15 days' notice, the opposition must be filed no later than 5 business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition may be supported by affidavits or declarations that conform to the provisions of LR 9014(c)."

If you do object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

Pursuant to Fed. R. Bankr. P. 9006(e) and (f), an opposition must be filed not more than eighteen (18) days after service of a motion if service of a motion is by mail. The *Notice Of Hearing* will be mailed on the 15th day of September, 2009.

**NOTICE IS FINALLY GIVEN** that a copy of the *Application* can be obtained upon written request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, Nevada 89509, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, Nevada 89503, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED this 11th day of September, 2009.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Debtors