

**Entered on Docket**
**October 14, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
notices@bankruptcyreno.com

E-Lodge 10/14/09

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>WES CONSTRUCTION COMPANY, INC., a Nevada corporation,<br><br>HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company,<br><br>TRUCKING SERVICES, LLC, a Nevada limited liability company,<br><br>Debtors.<br>_____/ | CASE NO. BK-N-09-52177-GWZ (Lead)<br>CASE NO. BK-N-09-52178-GWZ<br>CASE NO. BK-N-09-52181-GWZ<br>(Jointly Administered)<br><br>CHAPTER 11<br><br>**ORDER AUTHORIZING SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS**<br>Hearing Date: 10/13/09<br>Hearing Time: 10:00 a.m.<br>Time Req'd: 5 Min.<br>Set By: Linda Duffy |

The matter came before the Court on the Motion requesting an order authorizing the sale of personal property owned by the bankruptcy estate. Jeffrey L. Hartman appeared on behalf of the Debtors. The Court considered the Motion, together with the supporting Declaration, and also has taken judicial notice of the papers on file in this case. In lieu of written findings of fact and conclusions of law, the Court stated its findings and conclusions on the record.

///

1.     IT IS ORDERED that the Motion requesting authorization to sell free and clear of liens by auction on October 16, 2009 the personal property owned by the estate be, and the same hereby is, granted.

Submitted by:

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorneys for Debtors

# # # #