Keith J. Tierney
10580 N. McCarran Blvd  Bldg 115-403
Reno, NV 89503
Telephone (775) 622-3850
kjttrustee@charter.net
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER   7<br>CASE NO:   09-52177 |
| WES CONSTRUCTION COMPANY, INC.<br><br>Debtor(s).<br>_____/ | EX PARTE MOTION TO 1)EMPLOY STEVE BENNYHOFF, CPA AND 2) PAY FEES<br><br>No Hearing Required |

Comes now Keith J. Tierney, Trustee, and files his Motion to 1)EMPLOY STEVE BENNYHOFF, CPA AND 2) PAY FEES.

1. The Bankruptcy Trustee is concerned with maintaining current financial records of the Debtor and the preparation of w-2 and 1099 tax documents and other accounting records for the Bankruptcy Estate and therefore requests the continuation of the employment of Steve Bennyhoff, CPA as an independent contractor.

2. The Trustee needs someone who is familiar with the accounting procedures for a construction company. Mr. Bennyhoff, has been maintaining the books for Wes Construction since it filed Chapter 11.

3. Mr. Bennyhoff, is qualified to perform the accounting services required by the Trustee.

4. The hourly cost for the accounting services are billed at $80.00 per hour.

5. The Trustee believes that it is necessary to employ Mr. Bennyhoff, on a continuing basis until the estate is closed.

6. The Trustee believes that $80.00 per hour is a reasonable amount for the work involved.

Wherefore, the Trustee prays for an Order approving 1) the on going Employment of Steve Bennyhoff, and 2) payment of his first invoice in the amount of One Thousand Six Hundred and forty Dollars ($1,640) Exhibit "A".

Dated this 12th day of February, 2010.

/s/Keith J. Tierney
Keith J. Tierney , Trustee

Approved/~~Disapproved~~

_____
Office of the United States Trustee

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV  89502-4929**

| Date | Invoice No. |
|---|---|
| 1/11/2010 | 13 |

Bill To:  WES Construction
% Keith Tierney, Trustee
415 Parr Circle
Reno, NV  89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4.5 | 1/4/2010 | Consulting | $ 80.00 | $ 360.00 |
| 5.5 | 1/5/2010 | Consulting | $ 80.00 | $ 440.00 |
| 5.5 | 1/6/2010 | Consulting | $ 80.00 | $ 440.00 |
| 5   | 1/7/2010 | Consulting | $ 80.00 | $ 400.00 |
| | | | **TOTAL** | **$ 1,640.00** |