John White, Esq., Bar #1741　　　　　　　　　　　　E-filed February 16, 2010
White Law Chartered
335 West First St.
Reno, NV 89503
775-322-8000
FAX: 775-322-1228
john@whitelawchartered.com
Attorney for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

Case No. BK-N 09-52177-GWZ

In Re:

Chapter 7

WES CONSTRUCTION COMPANY,
a Nevada corporation,

COMMITTEE'S OBJECTION TO TRUSTEE'S EX-PARTE APPLICATION TO 1) EMPLOY STEVE BENNYHOFF, CPA AND 2) PAY FEES

Debtor

Hearing Date: No hearing scheduled

COMES NOW THE COMMITTEE OF UNSECURED CREDITORS who objects to Trustee's EX-PARTE APPLICATION TO 1) EMPLOY STEVE BENNYHOFF, CPA AND 2) PAY FEES, filed herein on Friday, February 12, 2010 ("Application") on the grounds that insufficient information is provided in the Application to determine whether Mr. Bennyhoff represents an interest adverse to the estate and is a disinterested person within the meaning of Bankruptcy Code sections 327(a) and 101(14).

The Application, as filed, does not contain a Declaration or affidavit from anyone and particlarly does not contain a Declaration from Mr. Bennyhoff that he is a disinterested person, or, for that matter, that he is a CPA.

Respectfully submitted this 16th day of February, 2010.

White Law Chartered

By: John White, Esq.
Attorney for the Official Committee
of Unsecured Creditors

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2    Committee Opposition to Bennyhoff app