Keith J. Tierney
10580 N. McCarran Blvd  Bldg 115-403
Reno, NV 89503
Telephone (775) 622-3850
kjttrustee@charter.net
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER    7<br>CASE NO:    09-52177 |
| **WES CONSTRUCTION COMPANY, INC**.<br><br>Debtor(s).<br>_____/ | **Ex parte Application to pay fees and costs**<br><br>No Hearing Required |

Comes now Keith J. Tierney, Trustee, and files this application to pay Steve Bennyhoff CPA fees and expenses.

1. This Court approved the continued employment of Mr. Bnneyhoff on February 18, 2010.

2. This Trustee in the interest of maintaining current financial records for the Bankruptcy Estate is seeking pay Mr. Bennyhoff, CPA as an independent contractor.

3. The Trustee needs someone who is familiar with the accounting procedures and all books and records of a construction company kept  in the normal course of business.

4. Steve Bennyhoff, is a CPA and is  qualified to perform  the accounting services required  for this Bankruptcy Estate.

5. The hourly cost for the accounting services are billed at $80.00 per hour.

6. The Trustee believes that it is necessary to employ Steve Bennyhoff, CPA on a continuing basis to maintain books and records and to prepare certain tax and business documents.

7. The Trustee believes that $80.00 per hour is a reasonable amount for the work involved.

C:\share\bmsw\QUIKDOCS\09-52177\motion to pay cpa _2.wpd

Wherefore, the Trustee prays for an Order approving the payment of his current invoice in the amount of $1613.28 for fees and for the costs of software and supplies to prepare w/2 and 1099 documents for Wes Construction Company, Inc. "Exhibit A".

Dated this 25th day of February, 2010.

/s/Keith J. Tierney
Keith J. Tierney , Trustee

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV  89502-4929**

| Date | Invoice No. |
|---|---|
| 1/14/2010 | 14 |

Bill To: Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV  89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 5 | 1/11/2010 | Meet w/Roy Walker to discuss plan to utilize Lisa & Kandi for WES Construction on-going needs<br>Organize correspondence for Keith, Lisa, Kandi<br>Request copies of agreements from Jeff Hartman<br>Arrange meeting with Keith for Tuesday | $ 80.00 | $ 400.00 |
| 6 | 1/12/2010 | Meet w/Keith to discuss on-going issues<br>Initiated meeting request with Keith & Dan Allen<br>Reconile Heritage Bank payroll account<br>Meet w/Lisa to go over WES Construction items that need attention<br>Send Keith follow-up emails re:earlier meeting | $ 80.00 | $ 480.00 |
| 6 | 1/13/2010 | Stopped at Hartman office to pick up agreements<br>Read agreements & emailed Keith about W-2 issue<br>Emailed Hartman about missing exhibits<br>Left msg for Mark Smith to call about on-going issues<br>Meet w/Roy to discuss asset sale of WES Const.<br><br><u>Out-of-pocket expenses:</u><br>Real Business Solutions W-2/1099 software<br>Ream of Paper to print W-2's/1099's<br>Envelopes for W-2's<br>Envelopes for 1099's<br>Stamps for mailing 121 W-2's | $ 80.00 | $ 480.00<br><br><br>$ 129.00<br>$ 6.45<br>$ 48.44<br>$ 16.15<br>$ 53.24 |
| | | | **TOTAL** | **$ 1,613.28** |