Keith J. Tierney
10580 N. McCarran Blvd  Bldg 115-403
Reno, NV 89503
Telephone (775) 622-3850
kjttrustee@charter.net
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER   7<br>CASE NO:   09-52177 |
| **WES CONSTRUCTION COMPANY, INC**.<br>Debtor(s).<br>_____/ | **Supplemental Ex parte Application to pay fees and costs**<br><br>No Hearing Required |

  Comes now Keith J. Tierney, Trustee, and files this application to pay Steve Bennyhoff CPA an independent contractor fees and expenses.

   1. This Court approved the continued employment of Mr. Benneyhoff on February 16, 2010 and has approved payment of two invoices.

  2. This Trustee in the interest of maintaining current financial records for the Bankruptcy Estate is now seeking pay Mr. Bennyhoff, monthly.

  3. The Trustee needs someone who is familiar with the accounting procedures and the maintenance of all books and records of a construction company kept  in the normal course of business.

  4. Steve Bennyhoff, is a CPA and is  qualified to perform  the accounting services required  for this Bankruptcy Estate.

  5. The hourly cost for the accounting services are billed at $80.00 per hour.

  6. The Trustee believes that it is necessary to employ Steve Bennyhoff, CPA on a continuing  basis and to pay his invoices monthly.

  7.  The Trustee believes that $80.00 per hour is a reasonable amount for the work involved.

1 | Wherefore, the Trustee prays for an Order approving the payment of invoices 15, 16, 17, 18
2 | and 19 for the Month of January in the amount of $6,409.50 for fees to complete federal tax
3 | and other related work for the debtor. "Exhibit A".
4 |     Dated this 2nd day of March, 2010.

                                /s/Keith J. Tierney
                                Keith J. Tierney , Trustee

C:\unzipped\supplementalappandorderinwes[1]\EX PARTE motion to employ and pay.frm