**Entered on Docket
March 03, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
E-mail: mguymon@goldguylaw.com
Nedda Ghandi, Esq.
Nevada Bar No. 11137
Email: nghandi@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Secured Creditor,
Premium Financing Specialists, Inc.

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: BK-S-09-52177-GWZ |
| WES CONSTRUCTION COMPANY, INC. | CHAPTER: 7 |
| Debtor(s) | DATE: February 16, 2010
TIME: 11:00 a.m. |

### ORDER VACATING AUTOMATIC STAY

This matter having come on for hearing on the 16th day of February, 2010, at the hour of 11:00 a.m. pursuant to Goldsmith & Guymon, P.C. having filed a Motion for Relief from Automatic Stay Under 11 U.S.C. § 362(a) or, Alternatively For Adequate Protection, there being one objection that was resolved by way of Stipulation and Order prior to the court hearing; and for good cause appearing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Automatic Stay in the

above captioned bankruptcy is immediately vacated and extinguished for all purposes as to Premium Financing Specialists, Inc., its assignees and successors in interest, of the insurance premiums of the Debtor as distinguished in the Motion filed by secured creditor, Premium Financing Specialists, Inc.

PREPARED AND SUBMITTED:

GOLDSMITH & GUYMON, P.C.

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Nedda Ghandi, Esq.
Nevada Bar No. 11137
2055 Village Center Circle
Las Vegas, Nevada 89134
Counsel for Premium Financing Specialists, Inc.

## CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__ No opposition was filed, or was otherwise withdrawn prior to the hearing, to the motion and no other party or counsel appeared at the hearing.

/s/ Marjorie A. Guymon, Esq.
Marjorie A. Guymon, Esq.
Counsel for secured creditor,
Premium Financing Specialists, Inc.

**IT IS SO ORDERED.**

###