KEITH J. TIERNEY
10580 N. MCCARRAN BLVD., BLDG 115-403
RENO, NV 89503
(775) 622 3850
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                                    CHAPTER    7

                                                          CASE NO:    09-52177
WES CONSTRUCTION COMPANY, INC.
LLC, HEAVY SERVICES
                    Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

1. On April 2, 2010 I served the following document(s):

**EX PARTE TRUSTEE'S APPLICATION TO EMPLOY JUNE COX CPA, A PROFESSIONAL CORPORATION AS ACCOUNTANTS FOR THE ESTATE**

2. I served the above-named document(s) by the following means to the persons as listed below:

   __X__ a. ECF System ( see attached "Notice of Electronic Filing")

   **MAUPIN, COX & LEGOY**

   __X__ b. United States mail, postage fully prepaid.

   WES CONSTRUCTION COMPANY, INC.
   LLC, HEAVY SERVICES
   P.O. BOX 33099
   RENO, NV 89533-3099

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on April 2, 2010

                              /s/ Keith J. Tierney
                              Keith J. Tierney, Trustee

C:\share\bmsw\QUIKDOCS\09-52177\pos of third payment to cpa.wpd

## File a Motion:

1. **09-52177-gwz WES CONSTRUCTION COMPANY, INC.** Converted 12/08/2009

| Type: bk | Chapter: 7 v | Office: 3 (Reno) |
|---|---|---|
| Assets: y | Judge: gwz | Case Flag: BAPCPA, JNTADMN, LEAD, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from entered on 4/2/2010 at 11:58 AM PDT and filed on 4/2/2010

| **Case Name:** | WES CONSTRUCTION COMPANY, INC. |
|---|---|
| **Case Number:** | 09-52177-gwz |
| **Document Number:** | 297 |

**Docket Text:**
Ex Parte Application for Compensation for Steve Bennyhoff, Fees: $8,831.91, Expenses: $0.00. Filed by KEITH J TIERNEY (TIERNEY (rt), KEITH)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\share\bmsw\QUIKDOCS\09-52177\3rd supplemental exparte application to pay fees and costs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/2/2010] [FileNumber=15449354-0]
[6002a3b2019cca4b05dd999c711c8c82e5d9cadbc3411c3dc457329ea7124c2394cc
9635c7276866413f284c47e4aa87f9611990c2be02389915c7525bf9cc9c]]

**09-52177-gwz Notice will be electronically mailed to:**

BRUCE THOMAS BEESLEY on behalf of Creditor MB FINANCIAL BANK, N.A.
bbeesley@lrlaw.com, rmaples@lrlaw.com;jmoulian@lrlaw.com;mburns@lrlaw.com

JANET L. CHUBB on behalf of Creditor TOWN OF MINDEN

tbw@jonesvargas.com

KURT C. FAUX on behalf of Interested Party WESTERN INSURANCE COMPANY
matienza@fauxlaw.com, kmckercher@fauxlaw.com,nochoa@fauxlaw.com,jmyers@fauxlaw.com

MARJORIE A. GUYMON on behalf of Creditor Premium Financing Specialists, Inc.
bankruptcy@goldguylaw.com, selenav@goldguylaw.com;ldeeter@goldguylaw.com

STEPHEN R HARRIS on behalf of Creditor DONALD L. CAVALLO, WASHOE COUNTY PUBLIC ADMINISTRATOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF BRANDON BRICK BRASHER, DECEASED
noticesbh&p@renolaw.biz

JEFFREY L HARTMAN on behalf of Debtor WES CONSTRUCTION COMPANY, INC.
notices@bankruptcyreno.com, dlg@bankruptcyreno.com

CHRISTOPHER D JAIME on behalf of Special Counsel Maupin, Cox & LeGoy
cjaime@waltherkey.com, kbernhardt@mclrenolaw.com

TIMOTHY A LUKAS on behalf of Creditor PN II, INC. dba PULTE HOMES
ecflukast@hollandhart.com

LAURY MILES MACAULEY on behalf of Creditor MB FINANCIAL BANK, N.A.
lmacauley@lrlaw.com, rmaples@lrlaw.com

JOHN F MURTHA on behalf of Creditor FORD MOTOR CREDIT COMPANY
jmurtha@woodburnandwedge.com

MARK S. SERTIC on behalf of Creditor GRANITE CONSTRUCTION CO
msertic@serticlaw.com

ALAN R SMITH on behalf of Debtor HEAVY EQUIPMENT SERVICES, LLC
mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

KEITH J TIERNEY
Keith_Tierney@7trustee.net, nv30@ecfcbis.com

CARYN S. TIJSSELING on behalf of Creditor MB FINANCIAL BANK, N.A.
ctijsseling@lrlaw.com, kschaaf@lrlaw.com

JOHN WHITE on behalf of Cred. Comm. Chair UNSECURED CREDITORS COMMITTEE
bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

RICHARD D WILLIAMSON on behalf of Interested Party CHICKEN HAWK TRANSPORT
rich@nvlawyers.com, eileen@nvlawyers.com

**09-52177-gwz Notice will not be electronically mailed to:**

JAMES M. BARRINGTON on behalf of Creditor UNITED CONSTRUCTION COMPANY, INC.
LINCOLN, GUSTAFSON & CERCOS
2300 WEST SAHARA AVENUE
SUITE 300, BOX 2
LAS VEGAS, NV 89102-4375

Steve Bennyhoff
,

MAUPIN, COX & LEGOY on behalf of Debtor WES CONSTRUCTION COMPANY, INC.
4785 CAUGHLIN PKWY
RENO, NV 89519

RITCHIE BROS. AUCTIONEERS
,

U.S. BANKRUPTCY COURT
, 0

U.S. TRUSTEE
300 BOOTH STREET, 2ND FLR
RENO, NV 89509

WHITE LAW CHARTERED on behalf of Cred. Comm. Chair UNSECURED CREDITORS COMMITTEE
335 WEST FIRST STREET
RENO, NV 89503