John White, Esq., Bar #1741
White Law Chartered
335 West First St.
Reno, NV 89503
775-322-8000
FAX: 775-322-1228
john@whitelawchartered.com

E-filed May 28, 2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

Case No. BK-N 09-52177-GWZ

In Re:

WES CONSTRUCTION COMPANY,
a Nevada corporation,

Debtor

Chapter 7

COMMITTEE'S OBJECTION TO TRUSTEE'S MAY 28, 2010, SUPPLEMENTAL EX PARTE APPLICATION TO PAY FEES AND COSTS

Hearing Date: None Scheduled

COMES NOW THE COMMITTEE OF UNSECURED CREDITORS, Lyle Kibbe, Speciality Equipment Services, LLC, and Active Asset Management, LLC ("Objectants"), who object to Trustee's SUPPLEMENTAL EX-PARTE APPLICATION TO PAY FEES AND COSTS, filed herein on May 28, 2010, on the grounds set forth in Objectant's *Motion to Reconsider 1) Orders Approving Chapter 7 Trustee's Ex Parte Applications to Employ and to Pay Steve Bennyhoff 2) Requiring Mr. Bennyhoff to Disgorge Fees Paid to Him During the Chapter 11 Phase of this Case and 3) Providing for the Continuance of the 1102(a) Unsecured Creditors Committee* (Docket 310) (herein "Objectant's Motion").

Objectant's Motion was filed herein on April 23, 2010 and is set for hearing before this honorable Court on June 21, 2010 at 2:00 p.m. Among other things, it alleges that the Trustee has not provided sufficient information to determine whether Mr. Bennyhoff represents an interest adverse to the estate and is a disinterested person within the meaning of Bankruptcy

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Code sections 327(a) and 101(14).

Objectant's Motion is incorporated herein as Objectants' response to the Trustee's instant Application to Pay Fees.

Respectfully submitted this 28th day of May, 2010.

White Law Chartered

By: John White, Esq.
Attorney for certain Creditors

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2    Committee Opposition to Bennyhoff app