Keith J. Tierney
10580 N. McCarran Blvd Bldg 115-403
Reno, NV 89503
Telephone (775) 622-3850
kjttrustee@charter.net
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

**WES CONSTRUCTION COMPANY, INC.**

Debtor(s).
_______________________________________/

CHAPTER 7
CASE NO: 09-52177

**Supplemental Ex parte Application to pay fees and costs**

No Hearing Required

Comes now Keith J. Tierney, Trustee, and files this applicaton to pay Steve Bennyhoff CPA an independent contractor fees and expenses.

1. This Court approved the continued employment of Mr. Benneyhoff on February 16, 2010 and has approved payment of two invoices.

2. This Trustee in the interest of maintaining current financial records for the Bankruptcy Estate is now seeking pay Mr. Bennyhoff monthly.

3. The Trustee needs someone who is familiar with the accounting procedures and the maintenance of all books and records of a construction company kept in the normal course of business.

4. Steve Bennyhoff is a CPA and is qualified to perform the accounting services required for this Bankruptcy Estate.

5. The hourly cost for the accounting services are billed at a reasonable rate per hour.

6. The Trustee believes that it is necessary to employ Steve Bennyhoff, CPA, on a continuing basis and to pay his invoices monthly.

7. The Trustee believes that between $80.00 and $100 per hour is a reasonable amount for the work involved.

Wherefore, the Trustee prays for an Order approving the payment of invoices 34, 35, 36 and 37 plus mileage for the month of May in the amount of $4,959.00 and invoices 38, 39 and 40 for the partial month of June in the amount of $2,972.86 for a total of $7,931.86 and for fees and costs to complete federal tax, payroll data for workman compensation audits and other related work for the debtor. "Exhibit A".

Dated this 6th day of July, 2010.

/s/Keith J. Tierney
Keith J. Tierney , Trustee

EXHIBIT A

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV 89502-4929**

| Date | Invoice No. |
|---|---|
| 5/10/2010 | 34 |

Bill To: Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV 89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 5/3/2010 | Move boxes of payroll and termination records to storage container<br>Discuss moving remaining boxes to Puliz Storage w/Mark Smith<br>Answer correspondence and return phone calls | $ 80.00 | $ 320.00 |
| 4 | 5/4/2010 | Organize paperwork and begin to box documents in anticipation of office move<br>Set up template for payroll report by Workman Compensation classification codes | $ 80.00 | $ 320.00 |
| 3 | 5/6/2010 | Begin to compile monthly payroll information by Workman Compensation classification codes in anticipation of Workman Compensation audit by Builders Insurance Co. | $ 80.00 | $ 240.00 |
| 3 | 5/7/2010 | Discuss with Keith the logistics of moving out of office, other pertinent issues<br>Check at UPS Store regarding setting up a PO Box<br>Continue to compile monthly payroll information by Workman Compensation classification codes in preparation for Workman Compensation audit | $ 80.00 | $ 240.00 |
| | | | TOTAL | $ 1,120.00 |

# INVOICE

Steve Bennyhoff
2835 Santa Ana Drive
Reno, NV 89502-4929

| Date | Invoice No. |
|---|---|
| 5/17/2010 | 35 |

Bill To: Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV 89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 3.5 | 5/10/2010 | Discussions with Keith regarding moving of office<br>Continue to compile payroll information for Workman Compensation audit | $ 80.00 | $ 280.00 |
| 2 | 5/11/2010 | Open up Post Office Box at Vassar St. Post Office<br>Go to Puliz Storage<br>Continue to box documents in preparation of office move | $ 80.00 | $ 160.00 |
| 4.5 | 5/12/2010 | Make appointment to meet with Ryan Puliz on Monday<br>Call Cason Gongaware regarding his 401K account<br>Load boxes of all documents and move out of building | $ 80.00 | $ 360.00 |
| 2 | 5/13/2010 | Meet with Roy to inspect office that is being vacated<br>Discuss paperwork for Cason Gongaware with Lisa<br>Note: Change in hourly rate due to moving to home office to cover associated overhead costs | $ 100.00 | $ 200.00 |
| | | Out-of-pocket costs<br>Six month rental of PO Box for WES Construction | | $ 50.00 |
| | | | TOTAL | $ 1,050.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV 89502-4929**

| Date | Invoice No. |
|---|---|
| 5/24/2010 | 36 |

Bill To: Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV 89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 5/17/2010 | Meet w/Ryan Puliz about storing remaining boxes<br>Discuss with Keith my meeting with Ryan Puliz<br>Send email to Roy & Mark about meeting with Ryan Puliz | $ 100.00 | $ 200.00 |
| 1.5 | 5/18/2010 | Check Post Office Box for mail<br>Evaluate Stor-All Self-Storage<br>Contact Keith regarding my critique of Stor-All Self-Storage | $ 100.00 | $ 150.00 |
| 5.5 | 5/20/2010 | Contact Roy updating him about status of removal of boxes<br>Continue to compile payroll information in preparation of Workman Compensation audit | $ 100.00 | $ 550.00 |
| 4 | 5/21/2010 | Travel to and from Post Office to check for mail and to the former office to pick up held mail<br>Continue to compile payroll information in preparation of Workman Compensation audit | $ 100.00 | $ 400.00 |
| | | | TOTAL | $ 1,300.00 |

# INVOICE

Steve Bennyhoff
2835 Santa Ana Drive
Reno, NV 89502-4929

| Date | Invoice No. |
|---|---|
| 6/1/2010 | 37 |

Bill To: Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV 89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 5/24/2010 | Coordinate rental of storage space w/Keith<br>Continue to compile information in preparation of Workman Compensation audit | $ 100.00 | $ 400.00 |
| 3.5 | 5/25/2010 | Continue to compile payroll information in preparation of Workman Compensation audit | $ 100.00 | $ 350.00 |
| 4 | 5/26/2010 | Obtain rental agreement from Stor-All Self-Storage<br>Meet w/Keith to discuss pending issues | $ 100.00 | $ 400.00 |
| 2.5 | 5/27/2010 | Locate documents and data for Keith | $ 100.00 | $ 250.00 |
| 3.5 | 5/28/2010 | Install Virtual Machine (VM) software to be able to access data stored on external hard drive<br>Search for Lightning Auction correspondence<br>Work to access Quick Books from external drive | | |
| | | <u>Out-of-pocket expenses:</u><br>Mileage for May (see log for detail) | | $ 89.00 |
| | | | TOTAL | $ 1,489.00 |

| Steve Bennyhoff's Mileage Log | | |
|---|---|---|
| May, 2010 | | |
| **Date** | **Purpose** | **Mileage** |
| 5/7/2010 | Check at UPS Store about opening up PO Box | 10 |
| 5/11/2010 | Pick up application for PO Box at Vassar St. Post Office | 5 |
| 5/12/2010 | Make trips to move office from Parr Circle to home office | 40 |
| 5/12/2010 | Rent PO Box at Vassar St. Post Office | 5 |
| 5/13/2010 | Go to Parr Circle office to turn keys over to Roy | 20 |
| 5/18/2010 | Travel to and from P.O. and Stor-All Storage Units | 30 |
| 5/21/2010 | Travel to and from P.O. and former office to pick up held mail | 21 |
| 5/26/2010 | Travel to and from Stor-All Self-Storage to obtain contract, | |
| | then to Vassar St. Post Office to check box for mail | 23 |
| 5/26/2010 | Meeting w/Keith to sign storage space contract, discuss issues | 12 |
| 5/27/2010 | Deliver documents to Keith | 12 |
| | | |
| | | 178 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV 89502-4929**

| Date | Invoice No. |
|---|---|
| 6/7/2010 | 38 |

Bill To: Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV 89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 6 | 6/1/2010 | Move boxes to Stor-All Self-Storage | $ 20.00 | $ 120.00 |
| 3.5 | 6/2/2010 | Meet w/Keith & Brian Barger<br>Go to Stor-All Self-Storage to pay for storage unit<br>Work on spreadsheet for WC audit | $ 100.00 | $ 350.00 |
| 1.5 | 6/3/2010 | Meet w/Keith & Jeff Hartman<br>Review financial information from Roy Walker | $ 100.00 | $ 150.00 |
| 1 | 6/4/2010 | Work with Hartman on affidavit<br>Pick up mail at Post Office on Vassar Street | $ 100.00 | $ 100.00 |
| | | Out-of-pocket expenses:<br>Gas for truck to move boxes | | $ 2.86 |
| | | | TOTAL | $ 722.86 |

# INVOICE

Steve Bennyhoff
2835 Santa Ana Drive
Reno, NV  89502-4929

| Date | Invoice No. |
|---|---|
| 6/14/2010 | 39 |

Bill To:   Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV  89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 6/8/2010 | Work on spreadsheet for Workan Compensation audit<br>Pick up mail at Post Office on Vassar St. | $ 100.00 | $ 100.00 |
| 4 | 6/9/2010 | Meet w/Keith to discuss bankruptcy issues<br>Work on spreadsheet for Workan Compensation audit | $ 100.00 | $ 400.00 |
| 2 | 6/10/2010 | Work on spreadsheet for Workan Compensation audit | $ 100.00 | $ 200.00 |
| 4.5 | 6/11/2010 | Work on spreadsheet for Workan Compensation audit<br>Update Heritage Bank VISA spreadsheet<br>Pick up mail at Post Office on Vassar Street | $ 100.00 | $ 450.00 |
| | | | TOTAL | $ 1,150.00 |

# INVOICE

Steve Bennyhoff
2835 Santa Ana Drive
Reno, NV  89502-4929

| Date | Invoice No. |
|---|---|
| 6/21/2010 | 40 |

Bill To:  Keith Tierney, Trustee
10580 N. McCarran Blvd, Bldg 115-403
Reno, NV  89503

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4.5 | 6/14/2010 | Finish spreadsheet for Workman Compensation audit<br>Adjust payroll records as needed | $ 100.00 | $ 450.00 |
| 4.5 | 6/15/2010 | Contact Workman Compensation auditor and sent the spreadsheet that I have been working on<br>Work to recast payroll reports for Nevada Unemployment office which were done incorrectly<br>Pick up mail at Vassar Street Post Office | $ 100.00 | $ 450.00 |
| 1 | 6/16/2010 | Open mail and prepare correspondence in response, as needed | $ 100.00 | $ 100.00 |
| 1 | 6/17/2010 | Go to former office and sign documents for Lisa Ohlhauser<br>Pick up mail at Post Office on Vassar Street | $ 100.00 | $ 100.00 |
| 1 | 6/18/2010 | Open mail and prepare correspondence in response<br>Contact Norther Nevada Business Weekly and cancel subscription | | |
| | | | TOTAL | $ 1,100.00 |