

**Entered on Docket
July 09, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

Keith J. Tierney
10580 N. McCarran Blvd  Bldg 115-403
Reno, NV 89503
Telephone (775) 622-3850
kjttrustee@charter.net
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CHAPTER 7<br>CASE NO: 09-52177 |
| WES CONSTRUCTION COMPANY, INC.<br><br>Debtor(s). | Order to approve Supplemental Application to pay monthly and to pay April fees and costs<br><br>No Hearing Required |

Upon the Ex Pparte Application of Keith J. Tierney, Trustee for the Debtor for an Order approving the Supplemental Application to pay fees and costs of Steve Bennyhoff on a monthly basis and to approve April invoices 34, 35, 36, 37, 38, 39, and 40 plus mileage in the amount of Seven Thousand Nine Hundred and thirty-one dollars and 86/cents ($7,931.86) no objection being filed and good cause appearing:

**IT IS HEREBY ORDERED**, that the payment of the mount of Severn Thousand Nine Hundred and thirty-one Dollars and 86/Cents ($7,931.86) to Steve Bennyhoff is authorized.

C:\Documents and Settings\BMS\Desktop\Keith Tierney Law Office - Docs\mayEX PARTEorder to pay april.frm

Submitted by::
/s/ Keith J. Tierney
Keith J. Tierney
10580 N. McCarran Blve115-403
Reno NV. 89503
Telephone (775)622-3850
kjttrustee@charter.net
Trustee in Bankruptcy

APPROVED/DISAPPROVED

/s/ Nicholas Strozza. Esq.
Office of the United States Trustee
300 Booth St. Rm. 2129
Reno NV. 89509

###

C:\Documents and Settings\BMS\Desktop\Keith Tierney Law Office - Docs\mayEX PARTEorder to pay april.frm