**Entered on Docket**
**July 16, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

BRUCE T. BEESLEY, NV BAR #1164
LAURY M. MACAULEY, NV BAR #11413
LEWIS AND ROCA LLP
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
Telephone: (775) 823-2900
Facsimile:  (775) 823-2929
bbeesley@lrlaw.com; lmacauley@lrlaw.com

Attorneys for Secured Creditor
MB Financial Bank

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Chapter 7 |
| WES CONSTRUCTION COMPANY, INC., a Nevada corporation, | CASE NO. BK-N-09-52177-GWZ<br>BK-N-09-52178-GWZ<br>BK-N-09-52181-GWZ |
| HEAVY EQUIPMENT SERVICES, LLC<br>A Nevada limited liability company, | (Jointly administered under 09-52177) |
| TRUCKING SERVICES, LLC,<br>A Nevada limited liability company, | **ORDER RE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER 1) RECONSIDERING ORDERS APPROVING CHAPTER 7 TRUSTEE'S EX PARTE APPLICATIONS TO EMPLOY AND TO PAY STEVE BENNYHOFF, ETC.** |
| Debtors.<br>_____ / | Hearing Date:   June 21, 2010<br>Hearing Time:  2:00 p.m. |

A hearing on the "Official Committee of Unsecured Creditors" Motion For Order 1) Reconsidering Orders Approving Chapter 7 Trustee's Ex Parte Applications To Employ and To Pay Steve Bennyhoff 2) Requiring Mr. Bennyhoff to Disgorge Fees Paid to Him During the Chapter 11 Phase of This Case; and 3) Providing For the Continuance of the §1102(a)(1) Unsecured Creditors' Committee ("Committee Motion") came on regularly for hearing on June 21, 2010, at 2:00 p.m., John White of White Law Chartered appearing on behalf of Movants, members of the former Chapter 11 Creditors' Committee ("Committee") ; Laury M. Macauley, Esq. of Lewis and Roca LLP appearing on behalf of secured creditor, MB Financial Bank; Jeffrey L. Hartman of Hartman & Hartman, appearing on behalf of the Chapter 7 trustee, Keith J. Tierney, and Keith J. Tierney, the Chapter 7 trustee ("Trustee"), appearing.

The Court having considered the pleadings filed relating to the Committee Motion and the oral argument of counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1) The Committee Motion is denied insofar as it seeks the establishment of an official creditors' committee during this Chapter 7 case;

2) The remaining relief sought by the Committee Motion is taken under advisement by the Court;

3) On or before June 25, 2010, Steve Bennyhoff shall file a verified statement regarding his disinterestedness in support of his application for employment by the Trustee, in accordance with Federal Rule of Bankruptcy Procedure 2014;

4) On or before July 19, 2010, John White may file a responsive pleading regarding the verified statement filed by Mr. Bennyhoff; and

5) The Court expressly reserves the right to review all fees and costs incurred by Mr. Bennyhoff after April 23, 2010, the date of the filing of the Committee Motion.

Submitted by:

BRUCE T. BEESLEY, NV BAR #1164
LAURY M. MACAULEY, NV BAR #11413
LEWIS AND ROCA LLP
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
Attorneys for Secured Creditor
MB Financial Bank

~~APPROVED~~/DISAPPROVED

By /s/ John White via email
    John White
    Attorney for Unsecured Creditors

APPROVED/~~DISAPPROVED~~

By /s/ Jeff Hartman via email
    Jeffrey L. Hartman
    Special Counsel for the
    Chapter 7 trustee

APPROVED/~~DISAPPROVED~~

By /s/ Keith J. Tierney via email
    Keith J. Tierney
    Chapter 7 Trustee

###