John White, Esq., Bar #1741  E-filed: July 19, 2010
White Law Chartered
335 West First St.
Reno, NV 89503
775-322-8000
FAX: 775-322-1228
john@whitelawchartered.com
Attorney for unsecured creditors Specialty Equipment Services, LLC, and Active Assets Management LLC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>WES CONSTRUCTION COMPANY,<br>a Nevada corporation,<br>HEAVY EQUIPMENT SERVICES, LLC,<br>A Nevada limited liability company,<br>TRUCKING SERVICES, LLC,<br>A Nevada limited liability company.<br><br>Debtors<br><br>_____/ | Case No. BK-N 09-52177-GWZ<br>Case No. BK-N 09-52178-GWZ<br>Case No. BK-N 09-52181-GWZ<br>[Jointly Administered under Case No. BK-N 09-52177-GWZ]<br><br>Chapter 7<br><br>DECLARATION OF JOHN WHITE IN SUPPORT OF PLEADING IN RESPONSE TO STEVE BENNYHOFF'S STATEMENT REGARDING HIS DISINTERESTEDNESS IN SUPPORT OF HIS APPLICATION FOR EMPLOYMENT BY THE TRUSTEE<br><br>Hearing Date:  Pending<br>Hearing Time: |

I, John White, declare under penalty of perjury, as follows:

1. That on or about July 15, 2010, I received via email from Jeff Hartman, Esq., 510 W. Plumb Lane, Ste B, Reno, NV 89509 the invoices attached hereto, which I understood to be the invoices Mr. Bennyhoff submitted for payment in the Chapter 11 phase of this Case.

2. That the said invoices are attached as Exhibit 1 hereto.

Further Delarant sayeth not.

1

Dated July 19, 2010.

                                                                                                                       _/s/John White____
                                                                                                                      John White, Esq.