# Exhibit 1

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 10/1/2009 | 1 |

Bill To:   WES Construction
415 Parr Circle
Reno, NV   89512

| Quantity | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 Hours | 9/29/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 9/30/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/1/2009 | Consulting | $ 80.00 | $ 320.00 |
| | | | **TOTAL** | $ 960.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 10/8/2009 | 2 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Quantity | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 Hours | 10/2/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4.5 Hours | 10/5/2009 | Consulting | $ 80.00 | $ 360.00 |
| 4 Hours | 10/6/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/7/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/8/2009 | Consulting | $ 80.00 | $ 320.00 |
| | | | **TOTAL** | $ 1,640.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 10/15/2009 | 3 |

Bill To:   WES Construction
         415 Parr Circle
         Reno, NV   89512

| Quantity | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 Hours | 10/9/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/12/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/13/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/14/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/15/2009 | Consulting | $ 80.00 | $ 320.00 |
| | | | **TOTAL** | $ 1,600.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 10/22/2009 | 4 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Quantity | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4.5 Hours | 10/16/2009 | Consulting | $ 80.00 | $ 360.00 |
| 4 Hours | 10/19/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/20/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/21/2009 | Consulting | $ 80.00 | $ 320.00 |
| 4 Hours | 10/22/2009 | Consulting | $ 80.00 | $ 320.00 |
| | | | **TOTAL** | $ 1,640.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 10/29/2009 | 5 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 10/22/2009 | Additional hours above those charged on Invoice 4 | $ 80.00 | $ 160.00 |
| 5.5 | 10/23/2009 | Consulting | $ 80.00 | $ 440.00 |
| 5.5 | 10/26/2009 | Consulting | $ 80.00 | $ 440.00 |
| 6.5 | 10/27/2009 | Consulting | $ 80.00 | $ 520.00 |
| 4 | 10/28/2009 | Consulting | $ 80.00 | $ 320.00 |
| 6 | 10/29/2009 | Consulting | $ 80.00 | $ 480.00 |
| | | | **TOTAL** | $ 2,360.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 11/9/2009 | 6 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 6 | 11/2/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 11/3/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 11/4/2009 | Consulting | $ 80.00 | $ 480.00 |
| 5.5 | 11/5/2009 | Consulting | $ 80.00 | $ 440.00 |
| 5 | 11/6/2009 | Consulting | $ 80.00 | $ 400.00 |
| | | | **TOTAL** | $ 2,280.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 11/16/2009 | 7 |

Bill To:  WES Construction
         415 Parr Circle
         Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 6   | 11/9/2009  | Consulting | $ 80.00 | $ 480.00 |
| 5.5 | 11/10/2009 | Consulting | $ 80.00 | $ 440.00 |
| 4   | 11/11/2009 | Consulting | $ 80.00 | $ 320.00 |
| 6.5 | 11/12/2009 | Consulting | $ 80.00 | $ 520.00 |
| 6   | 11/13/2009 | Consulting | $ 80.00 | $ 480.00 |
| | | | **TOTAL** | $ 2,240.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 11/19/2009 | 8 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 5.5 | 11/16/2009 | Consulting | $ 80.00 | $ 440.00 |
| 5.5 | 11/17/2009 | Consulting | $ 80.00 | $ 440.00 |
| 5.5 | 11/18/2009 | Consulting | $ 80.00 | $ 440.00 |
| 6   | 11/19/2009 | Consulting | $ 80.00 | $ 480.00 |
|     |            |            | **TOTAL** | $ 1,800.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 11/30/2009 | 9 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 11/23/2009 | Consulting | $ 80.00 | $ 320.00 |
| 5 | 11/24/2009 | Consulting | $ 80.00 | $ 400.00 |
| 3 | 11/25/2009 | Consulting | $ 80.00 | $ 240.00 |
| | | | **TOTAL** | $ 960.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 12/7/2009 | 10 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 6.5 | 11/30/2009 | Consulting | $ 80.00 | $ 520.00 |
| 6 | 12/1/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 12/2/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 12/3/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 12/4/2009 | Consulting | $ 80.00 | $ 480.00 |
| | | | **TOTAL** | $ 2,440.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 12/14/2009 | 11 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4.5 | 12/8/2009 | Consulting | $ 80.00 | $ 360.00 |
| 6 | 12/9/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 12/10/2009 | Consulting | $ 80.00 | $ 480.00 |
| 6 | 12/11/2009 | Consulting | $ 80.00 | $ 480.00 |
| | | | **TOTAL** | $ 1,800.00 |

# INVOICE

**Steve Bennyhoff**
**2835 Santa Ana Drive**
**Reno, NV   89502-4929**

| Date | Invoice No. |
|---|---|
| 12/21/2009 | 12 |

Bill To:   WES Construction
           415 Parr Circle
           Reno, NV   89512

| Hours | Date | Description | Price Each | Amount |
|---|---|---|---|---|
| 4 | 12/15/2009 | Consulting | $ 80.00 | $ 320.00 |
| 2 | 12/17/2009 | Consulting | $ 80.00 | $ 160.00 |
| 5.5 | 12/18/2009 | Consulting | $ 80.00 | $ 440.00 |
| | | | **TOTAL** | $ 920.00 |