

**Entered on Docket**
**July 20, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
notices@bankruptcyreno.com

Attorneys for Debtors

E-Lodged 7/13/10

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. BK-N-09-52177-GWZ (Lead)<br>CASE NO. BK-N-09-52178-GWZ |
| WES CONSTRUCTION COMPANY, INC., a Nevada corporation, | CASE NO. BK-N-09-52181-GWZ<br>(Jointly Administered) |
| HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company, | CHAPTER 11 |
| TRUCKING SERVICES, LLC, a Nevada limited liability company, | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS** |
| Debtors. | Prior Hearing Date: 7/14/2010<br>Prior Hearing Time: 10:00 a.m.<br><br>New Hearing Date: 9-3-2010<br>New Hearing Time: 2:00 p.m. |

Debtors WES Construction Company, Inc., a Nevada corporation, Heavy Equipment Services, LLC, a Nevada limited liability company, and Trucking Services, LLC, a Nevada limited liability company, by and through their attorney, Jeffrey L. Hartman, Esq., of Hartman & Hartman and Creditor Green Tea, LLC, by and through their attorney, Timothy A. Lukas, Esq., of Holland & Hart, LLP, hereby stipulate and agree that the hearing on Green Tea, LLC's Motion For Allowance Of Administrative Claims currently scheduled for

1 | July 14, 2010, at the hour of 10:00 a.m., be continued until _____September 3__,
2 | 2010 at the hour of ____2:00____ p.m.
3 |     DATED this _13th_ day of July, 2010.
4 |                                   HARTMAN & HARTMAN
5 |
6 |                                   Jeffrey L. Hartman, Esq.
7 |                                   Attorneys for Debtors
8 |     DATED this _13th_ day of July, 2010.
9 |                                   HOLLAND & HART
10 |
11 |                                 /s/ Timothy A. Lukas
12 |                                 Timothy A. Lukas, Esq.
13 |                                 Attorneys for Creditor, Green Tea, LLC

                                              ####