John White, Esq.,  
SB #1741  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for the Unsecured Creditors, Specialty Equipment Services, LLC., and Active Assets Management LLC.

E-filed on: July 21, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

WES CONSTRUCTION COMPANY, INC.,  
a Nevada corporation,

HEAVY EQUIPMENT SERVICES, LLC,  
a Nevada limited liability company,

TRUCKING SERVICES, LLC.,  
a Nevada limited liability company,

                    Debtors-in-Possession.

Chapter 7

CASE NO:   BK-N-09-52177-gwz  
           BK-N-09-52178-gwz  
           BK-N-09-52181-gwz  
(Jointly administered under 09-52177)

NOTICE OF HEARING ON:  
1) PLEADING IN RESPONSE TO STEVE BENNYHOFF'S STATEMENT REGARDING HIS DISINTERESTEDNESS IN SUPPORT OF HIS APPLICATION FOR EMPLOYMENT BY THE TRUSTEE, and, 2) DECLARATION OF JOHN WHITE IN SUPPORT OF PLEADING IN RESPONSE TO STEVE BENNYHOFF'S STATEMENT REGARDING HIS DISINTERESTEDNESS IN SUPPORT OF HIS APPLICATION FOR EMPLOYMENT BY THE TRUSTEE.

Hearing Date: September 15, 2010  
Hearing time: 2:00 p.m.  
Estimated time: 15 minutes

**NOTICE IS HEREBY GIVEN** that a: 1) PLEADING IN RESPONSE TO STEVE BENNYHOFF'S STATEMENT REGARDING HIS DISINTERESTEDNESS IN SUPPORT OF

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

HIS APPLICATION FOR EMPLOYMENT BY THE TRUSTEE, and, 2) DECLARATION OF JOHN WHITE IN SUPPORT OF PLEADING IN RESPONSE TO STEVE BENNYHOFF'S STATEMENT REGARDING HIS DISINTERESTEDNESS IN SUPPORT OF HIS APPLICATION FOR EMPLOYMENT BY THE TRUSTEE, were filed on July 19, 2010. These pleadings seek the following relief: 1) An Order Declaring that Steve Bennyhoff's June 25, 2010 Declaration ("Declaration") does not adequately disclose Mr. Bennyhoff's connections with the Debtor, and in the alternative, for 2) An Order Declaring that the Declaration shows that Mr. Bennyhoff is a creditor in this case and is therefore not disinterested. Any opposition must be filed pursuant to Local Rule 9014 (d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the above pleadings, or if you want the court to consider your views thereon, then you must file an opposition with the court, and serve a copy on the person making the above pleadings *no later than 14 days* preceding the hearing date for the above, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be heard before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, First Floor, Bankruptcy Courtroom, Reno, Nevada 89509 on September 15, 2010, at the hour of 2:00 p.m.

DATED: July 21, 2010.

                                      WHITE LAW CHARTERED

                                      By:_____
                                           John White, Esq.,
                          Attorney for the Unsecured Creditors and
                                other moving creditors

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Page 3 - Notice of Hearing*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July 2010, I served a true and correct copy of the attached NOTICE OF HEARING, as follows:

    X a.  ECF System, on the 21st day of July, 2010:

| | |
|---|---|
| Bruce Thomas Beesley | bbeesley@lrlaw.com, rmaples@lrlaw.com |
| Janet L. Chubb | tbw@jonesvargas.com |
| Stephen R. Harris | noticesbh&p@renolaw.biz |
| Jeffery L. Hartman | notices@bankruptcyreno.com, dlg@bankruptcyreno.com |
| Christopher D. Jaime | cjaime@waltherkey.com, kbernhar@waltherkey.com |
| Timothy A. Lukas | ecflukast@hollandhart.com |
| Laury Miles Macauley | lmacauley@lrlaw.com, rmaples@lrlaw.com |
| Alan R. Smith | mail@asmithlaw.com, turk@asmithlaw.com, marsh@asmithlaw.com |
| U.S. Trustee - RN11 | USTPRegion17.RE.ECF@usdoj.gov |
| Caryn S. Tijsseling | ctjsseling@lrlaw.com, kschaaf@lrlaw.com |
| Richard D. Williamson | rich@nvlawyers.com, eileen@nvlawyers.com |

    X b.  United States mail, postage fully prepaid, on the 21st day of July, 2010, to the interested parties at the addresses listed as follows:

Steve Bennyhoff
2835 Santa Ana Drive
Reno, NV 89502-4929

SPECIALTY EQUIPMENT SERVICE, LLC
Active Asset Management, LLC
Neil Brandon

*Page 4 - Notice of Hearing*

8640 Canyon River Dr.
Sparks, NV 89434

Gary Dayton
7190 Lindsay
Sparks, NV 89441

Valley Concrete
c/o Jay Gore
601 S. 15th St.
Sparks, NV 89431

Lyle Kibbee
11310 Corner Brook Court
Reno, NV 89511

__X__ c. by Personal Service on July 21, 2010 (via Reno Carson Messenger Services) to the following:

UNITED STATES BANKRUPTCY COURT
The Honorable Gregg W. Zive
Clerk's Office
300 BOOTH STREET
RENO, NV 89509-1361

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 21, 2010.

*Araceli Gonzalez*
Declarant, Araceli Gonzalez,
Employee, White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Page 5 - Notice of Hearing*