John White, Esq., Bar #1741                    E-filed:  August 23, 2010
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Specialty Equipment Services,
LLC., and Active Assets Management, LLC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    )    CASE NO:  BK-N-09-52177-gwz
WES CONSTRUCTION COMPANY, INC., a         )              BK-N-09-52178-gwz
Nevada corporation.                       )              BK-N-0952181-gwz
                                          )    (Jointly administered
HEAVY EQUIPMENT SERVICES, LLC.,           )      under 09-52177)
a Nevada limited liability company,       )
                                          )          Chapter 7
TRUCKING SERVICES, LLC.,                  )
a Nevada limited liability company,       )    NOTICE OF HEARING OF THE FIRST
                                          )    AND FINAL FEE APPLICATION
                                          )    OF WHITE LAW CHARTERED
                                          )    SEEKING COMPENSATION FOR
                                          )    LEGAL SERVICES RENDERED AND
                                          )    REIMBURSEMENT OF EXPENSES
                                          )    AS COUNSEL FOR THE UNSECURED
                                          )    CREDITOR'S COMMITTEE
                                          )
                                          )    Date of Hearing: Sept. 14, 2010
                                          )    Time of Hearing: 2:00 P.M.
_____Debtors____/          )    Estimated Time:  10 minutes


**NOTICE IS HEREBY GIVEN** that a FIRST AND FINAL FEE APPLICATION

OF WHITE LAW CHARTERED SEEKING COMPENSATION FOR LEGAL SERVICES

RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE

UNSECURED CREDITOR'S COMMITTEE and DECLARATION OF JOHN WHITE

IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF WHITE LAW

WHITE LAW
CHARTERED
LAWYERS
0TH CENTURY BLDG
35 W. FIRST STREET
RENO, NV 89503

Γ (775) 322-8000
⌐ (775) 322-1228

1

IN SUPPORT OF FIRST AND FINAL FEE APPLICATION OF WHITE LAW CHARTERED SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE UNSECURED CREDITOR'S COMMITTEE ("Application") was filed on August 23, 2010. The Application seeks for an Order from this Court as follows: 1) Awarding to White Law Chartered the total amount of Thirty-two Thousand Seven Hundred Twenty-eight Dollars and 29/100 ($32,728.29), representing as: a) reasonable compensation for professional services rendered in the amount of $30,521.25 and, b) reasonable expenses incurred in the amount of $2,207.04; and 2) For such other and further relief as to this Court is just and proper. Any opposition must be filed pursuant to Local Rule 9014 (d)(1).

        **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then you must file an opposition with the court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing: and
> - The court may *rule against you* without formally calling the matter at the hearing.

//
//
//

WHITE LAW
CHARTERED
LAWYERS
0TH CENTURY BLDG
135 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

**NOTICE IS FURTHER GIVEN** that the hearing on the said Application will be heard before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, First Floor, Bankruptcy Courtroom, Reno, Nevada 89509 on September 14, 2010, at the hour of 2:00 p.m.

DATED: August 23, 2010.

WHITE LAW CHARTERED

By: _____
       John White, Esq.,

WHITE LAW
CHARTERED
LAWYERS
OTH CENTURY BLDG
35 W. FIRST STREET
RENO, NV 89503

Г (775) 322-8000
Ξ (775) 322-1228

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August 2010, I served a true and correct copy of the attached  NOTICE OF HEARING,  as follows:

X a.  ECF System, on the 23rd day of August, 2010:

Bruce Thomas Beesley bbeesley@lrlaw.com, rmaples@lrlaw.com

Janet L. Chubb tbw@jonesvargas.com

Kurt C. Faux  matienza@fauxlaw.com, kmckercher@fauxlaw.com,

darchibald@fauxlaw.com, rrossdecker@fauxlaw.com

Marjorie A. Guymon bankruptcy@goldguylaw.com; selenav@goldguylaw.com;
ldeeter@goldguylaw.com

Stephen R. Harris noticesbh&p@renolaw.biz

Jeffrey L. Hartman notices@bankruptcyreno.com, dlg@bankruptcyreno.com

Christopher D. Jaime cjaime@waltherkey.com, kbernhar@waltherkey.com

Timothy A. Lukas ecflukast@hollandhart.com

Laury Miles Macauley lmacauley@lrlaw.com, rmaples@lrlaw.com

Alan R. Smith  mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com

John F Murtha  jmurtha@woodburnand wedge.com

Mark S. Sertic  msertic@serticlaw.com

Keith J Tierney Keith_Tierney@7trustee.net, nv30@ecfcbis.com

Caryn S. Tijsseling ctjsseling@lrlaw.com, kschaaf@lrlaw.com

Richard D. Williamsonrich@nvlawyers.com, eileen@nvlawyers.com

X b.  United States mail, postage fully prepaid, on the 23rd day of August, 2010, to the attached mailing matrix and to the interested parties as follows:

WHITE LAW
CHARTERED
LAWYERS
0TH CENTURY BLDG
I35 W. FIRST STREET
RENO, NV 89503

Γ (775) 322-8000
Ξ (775) 322-1228

4

SPECIALTY EQUIPMENT SERVICE, LLC
Active Asset Management, LLC
Neil Brandon
415 Parr Circle
Reno, NV 89512

United Construction Co., Inc.
c/o James M. Barrington
2300 West Sahara Ave.
Suite 300, Box 2
Las Vegas, NV 89102-4375

Gary Dayton
7190 Lindsay
Sparks, NV 89441

Valley Concrete
c/o Jay Gore
601 S. 15th St.
Sparks, NV 89431

Lyle Kibbee
11310 Corner Brook Court
Reno, NV 89511

U.S. Trustee
300 Booth Street
Reno, NV 89509-1361

The Clerk of the Court
UNITED STATES BANKRUPTCY COURT
(As courtesy copy for The Honorable Judge Gregg W. Zive)
300 Booth Street
Reno, NV 89509-1361

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: August 23, 2010.

Declarant, Araceli González,
Employee, White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

5

Label Matrix for local noticing
0978-3
Case 09-52177-gwz
District of Nevada
Reno
Mon Aug 23 16:44:03 PDT 2010

CHICKEN HAWK TRANSPORT
ROBERTSON & BENEVENTO
50 W LIBERTY ST STE 600
RENO, NV 89501-1968

DONALD L. CAVALLO, WASHOE COUNTY PUBLIC ADMI
BELDING, HARRIS & PETRONI, LTD.
417 WEST PLUMB LANE
RENO, NV 89509-3767

FORD MOTOR CREDIT COMPANY
C/O WOODBURN & WEDGE
6100 NEIL RD, STE 500
PO BOX 2311
RENO, NV 89505-2311

GRANITE CONSTRUCTION CO
Mark S. Sertic
777 Sinclair Street, Suite 201
Reno, NV 89501-2318

GREEN TEA, LLC
C/O HOLLAND & HART LLP
TIMOTHY A. LUKAS, ESQ.
ETHAN J. BIRNBERG, ESQ.
5441 KIETZKE LANE, SECOND FL.
RENO, NV 89511-3026

HEAVY EQUIPMENT SERVICES, LLC
P.O. BOX 33099
RENO, NV 89533-3099

MAUPIN, COX & LEGOY
4785 CAUGHLIN PKWY
RENO, NV 89519-0906

MB FINANCIAL BANK, N.A.
LEWIS AND ROCA LLP
50 W. LIBERTY STREEET, STE 410
RENO, NV 89501-1922

PN II, INC. dba PULTE HOMES
C/O HOLLAND & HART LLP
TIMOTHY A. LUKAS, ESQ.
ETHAN J. BIRNBERG, ESQ.
5441 KIETZKE LN, SECOND FL.
RENO, NV 89511-3026

Premium Financing Specialists, Inc.
c/o Marjorie A. Guymon, Esq.
GOLDSMITH & GUYMON, PC
2055 Village Center Circle
Las Vegas, NV 89134-6251

SPECIALITY EQUIPMENT
C/O NEIL BRANDON
415 PARR CIRCLE
RENO, NV 89512-1005

TOWN OF MINDEN
c/o Janet L. Chubb, Esq.
Jones Vargas
100 West Liberty Street 12th Floor
POBox 281
Reno, NV 89504-0281

TRUCKING SERVICES, LLC
P.O. BOX 33099
RENO, NV 89533-3099

U.S. TRUSTEE
300 BOOTH STREET, 2ND FLR
RENO, NV 89509-1328

UNSECURED CREDITORS COMMITTEE
Neil Brandon, Chairman
8640 Canyon River Drive
Sparks, NV 89434-9637

WES CONSTRUCTION COMPANY, INC.
P.O. BOX 33099
RENO, NV 89533-3099

WESTERN INSURANCE COMPANY
C/O THE FAUX LAW GROUP
1540 W. WARM SPRINGS RD.
SUITE 100
HENDERSON, NV 89014-4336

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

50 W. LIBERTY ST., STE 600
RENO, NV 89501-1968

A & A CONSTRUCTION INC
1170 ZEROLENE ROAD
MINDEN, NV 89423-4113

A & K EARTHMOVERS
PO BOX 1059
FALLON, NV 89407-1059

A- RADIATOR REPAIR INC
875 EAST SECOND ST
RENO, NV 89502-1119

ACCURATE MOBILE LOCKSMITH
P.O.BOX 840
MINDEN, NV 89423-0840

ACTION ELECTRIC INC
636 EUREKA AVENUE
RENO, NV 89512-3427

ACTIVE ASSET MANAGEMENT
5750 BLUE HILLS DRIVE
RENO, NV 89502-9642

ADVANCED ASPHALT
PO BOX 2602
TRUCKEE, CA 96160-2602

ADVANCED COMM TECH SERVICES
1455 DEMING WAY #24
SPARKS, NV 89431-6477

AGC/NEVADA CHAPTER
PO BOX 7578
RENO, NV 89510-7578

AL'S EXCAVATING & GRADING INC
PO BOX 3183
CARSON CITY, NV 89702-3183

AMERICAN LEAK DETECTION
PO BOX 2309
STATELINE, NV 89449-2309

AMERICAN READY MIX
1475 E. GREG STREET
SPARKS, NV 89431-6523

APPLEONE EMPLOYMENT SERVICES
PO BOX 29048
GLENDALE, CA 91209-9048

ARAMARK UNIFORM SERVICES, INC.
PO BOX 340910
SACRAMENTO, CA 95834-0910

ARIZONA TRUCKING & MATERIALS
6890 E SUNRISE
SUITE 120-374
TUCSON, AZ 85750-0738

ARIZONA TRUCKING AND MATERIALS, LLC
C/O CLIFFORD B. ALTFELD
ALTFELD BATTAILE & GOLDMAN, P.C.
250 N MEYER AVE
TUCSON, AZ 85701-1047

ASPHALT CONCRETE RECYCLING
PO BOX 21470
CARSON CITY, NV 89721-1470

AT&T YELLOW PAGES
PO BOX 989046
WEST SACRAMENTO, CA 95798-9046

AT&T-160333-02885556
PO BOX 989045
WEST SACRAMENTO, CA 95798-9045

ATLAS CONTRACTORS INC
1475 HULDA WAY
SPARKS, NV 89431-7124

AYRES MUFFLER AND AUTOMOTIVE
1739 SHABER AVENUE
SPARKS, NV 89431-5555

B'S LAWN & PEST CONTROL SERVICE
PO BOX 21449
RENO, NV 89515-1449

BAILEY'S TRENCHLESS INC
8167 BELVEDERE AVE
SACRAMENTO, CA 95826-4765

BASALITE
PO BOX 160488
SACRAMENTO, CA 95816-0488

BAY TOOL AND SUPPLY INC
PO BOX 361329
MILPITAS, CA 95036-1329

BIGBY AND ASSOCIATES, INC
960 MATLEY LANE
SUITE 960
RENO, NV 89502-2140

BING MATERIALS
PO BOX 487
MINDEN, NV 89423-0487

BONANNO CONCRETE INC
10165 SHEHANDOAH DRIVE
RENO, NV 89508-8278

BROWNIES DIGITAL IMAGING
1322 V ST.
SACRAMENTO, CA 95818-1418

BURGARELLO ALARM INC
50 SNIDER WAY
SPARKS, NV 89431-6391

CALIFORNIA INDUSTRIAL RUBBER
PO BOX 2456
FRESNO, CA 93745-2456

CAPITAL FORD
3660 SO CARSON STREET
CARSON CITY, NV 89701-5579

CARSON CITY SANITARY LANDFILL
3505 BUTTI WAY
CARSON CITY, NV 89701-3498

CARSON UNDERGROUND INC
5230 HWY 50 E
CARSON CITY, NV 89701-2418

CASHMAN EQUIPMENT COMPANY
ATTN: SHANE NORMAN
3300 ST. ROSE PARKWAY
HENDERSON, NV 89052-3985

CASHMAN EQUIPMENT COMPANY
FILE# 56751
LOS ANGELES, CA 90074-0001

CASTAWAY TRASH HAULING INC
PO BOX 51930
SPARKS, NV 89435-1930

CEMEX
PO BOX 100497
PASADENA, CA 91189-0003

CFO GROUP INC
4745 CAUGHLIN PARKWAY
RENO, NV 89519-1010

CHICKEN HAWK TRANSPORT
PO BOX 2141
MINDEN, NV 89423-2141

CINDERLITE TRUCKING INC
1665 SOUTH SUTRO TERRACE
CARSON CITY, NV 89706-0356

CODY HOOPER
C/O ROBERTSON & BENEVENTO
ATTN: RICHARD D WILLIAMSON
50 W. LIBERTY ST., STE 600
RENO, NV 89501-1968

COLLECTION SERVICE OF NEVADA
777 FOREST ST
RENO, NV 89509-1711

CONSTRUCTION SEALANTS
1395 GREG ST.
SPARKS, NV 89431-6073

CONTINENTAL TIRE NORTH AMERICA
PO BOX 60049
CHARLOTTE, NC 28260-0049

COOK CONCRETE PRODUCTS INC
PO BOX 720280
REDDING, CA 96099-7280

CORPORATE EXPRESS OFFICE PRODUCTS, INC.
ATTN: BRYAN MANNLEIN
555 W. 112TH AVE.
NORTHGLENN, CO 80234-3022

CROSSLANDS STUDIOS
44800S BUTTERFIELD DR
TUCSON, AZ 85714

CROWE HORWATH, LLP
P.O.BOX 3697
ATTN: LEGAL DEPT.
OAK BROOK, IL 60522-3697

CROWE HORWATH, LLP
PO BOX 145415
CINCINNATI, OH 45250-5415

CUTTING EDGE CONSTRUCTION, LLC
1000 BIBLE WAY #37
RENO, NV 89502-2132

Chicken Hawk Transport
120 Trinity Lane
Reno, NV 89511-7793

Citibank South Dakota NA
DBA
4740 121st St
Urbandale, IA 50323-2402

D.A.T.
247 WRONDEL WAY
RENO, NV 89502

DAYTON VALLEY TURF
290 KIETZKE LANE
RENO, NV 89502-1415

DELUXE WELDING, INC
1995 TAMPA STREET
RENO, NV 89512-1619

DEPARTMENT OF LABOR
PO BOX 790390
SAINT LOUIS, MO 63179-0390

DEPARTMENT OF MOTOR VEHICLES
555 WRIGHT WAY
CARSON CITY, NV 89711-0002

DEPT. OF EMPLOYMENT, TRAINING AND REHABILITA
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0002

DEXTER + CHANEY INC
9700 LAKE CITY WAY NE
SEATTLE, WA 98115-2347

(p)DIAMOND DIESEL SERVICE INC
2550 E 12TH ST
OAKLAND CA 94601-1502

DIAMOND DIESEL SERVICE INC.
2550 EAST 12TH STREET
OAKLAND, CA 94601-1502

DISCOUNT AUTO PARTS & SERVICES
1901 SILVERARDO BLVD
RENO, NV 89512-2134

DITCH WITCH EQUIPMENT CO INC
929 STILLWATER ROAD
WEST SACRAMENTO, CA 95605-1615

DONALD L. CAVALLO
C/O BELDING, HARRIS & PETRONI, LTD
ATTN: GLORIA PETRONI
417 W PLUMB LN
RENO, NV 89509-3767

DR HORTON, INC. - SACRAMENTO
MCDONALD CARANO WILSON, LLP
C/O KAARAN E. THOMAS
P.O. BOX 2670
RENO, NV 89505-2670

DRIVELINE & GEAR SERVICE
1325 GLENDALE AVE
SPARKS, NV 89431-5631

Diamond Diesel
840 Marietta Way
Sparks, NV 89431-6018

EARTHWORK QUANITY
734 BALZAR CIRCLE
RENO, NV 89502-2617

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P.O.BOX 826880
SACRAMENTO, CA 94280-0001

ERNIES MOBILE HOME TRANS. INC
PO BOX 1510
MARYSVILLE, CA 95901-0044

ESCO SUPPLY
14785 COLLECTIONS CENTER
CHICAGO, IL 60693-0001

ESTATE OF BRANDON BRICK BRASHER
C/O BELDING, HARRIS & PETRONI, LTD.
417 W. PLUMB LANE
RENO, NV 89509-3766

FED EX KINKOS
24 CALIFORNIA AVE
RENO, NV 89509-1615

FEDERAL EXPRESS
PO BOX 7221
PASADENA, CA 91109-7321

FEDEX CUSTOMER INFORMATION SERVICES
ATTN: REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR
MEMPHIS, TN 38116-5017

FEDEX OFFICE
P.O.BOX 262682
PLANO, TX 75026-2682

PERGUSON ENTERPRISES, INC.
FILE# 30129
SAN FRANCISCO, CA 94160-0001

FERGUSON ENTERPRISES, INC. (RENO WATERWORKS
MARQUIS & AURBACH
ATTN: DAVID COLVIN, FRANK FLANSBURG, ES
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145-8857

FERGUSON WATERWORKS
FILE# 30129
PO BOX 60000
SAN FRANCISCO, CA 94160-0001

FERGUSON WATERWORKS #3083
FILE #56809
LOS ANGELES, CA 90074-0001

FITZ GRIFFIN
4622 JUMBO GRADE WAY
WASHOE VALLEY, NV 89704-9649

FLEETWASH, INC
PO BOX 36014
NEWARK, NJ 07188-6006

FORD CREDIT - 042088326
PO BOX 7172
PASADENA, CA 91109-7172

FORD CREDIT - 042088562
PO BOX 7172
PASADENA, CA 91109-7172

FORD CREDIT - 044618151
PO BOX 7172
PASADENA, CA 91109-7172

FORD CREDIT - 044624854
PO BOX 7172
PASADENA, CA 91109-7172

FREDERIC GRIFFIN
4622 JUMBO GRADE WAY
WASHOE VALLEY, NV 89704-9649

FRONTIER FENCE LLC
PO BOX 292728
SACRAMENTO, CA 95829-2728

GALLINA LLP
LARRY TAYLOR, GALLINA LLP
8001 FOLSOM BOULEVARD, 2ND FLOOR
SACRAMENTO, CA 95826-2621

GALLINA, LLP
8001 FOLSOM BLVD
2ND FLOOR
SACRAMENTO, CA 95826-2621

GARY DAYTON
7190 LINDSAY
SPARKS, NV 89436-9048

GRAFICS UNLIMITED INC
1086 GREG STREET
SPARKS, NV 89431-6040

GRANT L. JACOBSON
C/O JONES WEST FORD
P.O.BOX 12970
RENO, NV 89510-2970

GREEN TEA
415 PARR CIRCLE
RENO, NV 89512-1005

GREEN TEA, LLC
120 BURKS BLVD.
RENO, NV 89523-9701

Granite Construction Company
1900 Glendale Avenue
Sparks, Nevada 89431-5507

HANSEN PRINTING & DECORATING
PO BOX 53885
SACRAMENTO, CA 95817

HARBOR FREIGHT TOOLS
PO BOX 6010
3491 MISSION OAKS BLVD
CAMARILLO, CA 93012-5095

HD SUPPLY CONSTRUCTION SUPPLY
DEPT 33020
SAN FRANCISCO, CA 94139-0001

HD SUPPLY, INC.
501 W. CHURCH ST.
ORLANDO, FL 32805-2247

HERTZ EQUIPMENT RENTAL
PO BOX 650280
DALLAS, TX 75265-0280

HIGH DESERT TURF
396 WOLVERINE
SPARKS, NV 89431-5728

HIGH SIERRA FIRE & FIRST AID
10580 N. MCCARRAN BLVD
SUITE 115185
RENO, NV 89503-2059

HIGH SIERRA VENDING & COFFEE
1395 GREG STREET #109
SPARKS, NV 89431-6063

HOSE & FITTINGS ETC
1811 ENTERPRISE BLVD
WEST SACRAMENTO, CA 95691-3423

I.R.S.-BK. PHILADELPHIA
PO BOX 21126
PHILADELPHIA, PA 19114-0326

IMPACT EQUIPMENT COMPANY
655 E. NUGGET AVENUE
SPARKS, NV 89431-5822

INDUSTRIAL RAILWAYS COMPANY
890 SAN PABLO AVE
PINOLE, CA 94564-2333

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JANUS LAND & BUILDING COMPANY
PO BOX 12157
RENO, NV 89510-2157

JIM NEWMAN
HALE LANE
5441 Kietzke Lane, Second Floor
RENO, NV 89511-3026

JOANNE'S EMBROIDERY
535 CARNES DRIVE
SUN VALLEY, NV 89433-8302

JONES WEST FORD
PO BOX 12970
RENO, NV 89510-2970

K & A PIPE LEAK LOCATORS
2716 STEWART AVE
MINDEN, NV 89423-9242

KENWORTH SALES COMPANY
2292 LARKIN CIRCLE
SPARKS, NV 89431-6500

KIMBALL EQUIPMENT CO.
P.O.BOX 1137
SALT LAKE CITY, UT 84110-1137

KIMBALL EQUIPMENT CO.
PO BOX 271542
SALT LAKE CITY, UT 84127-1542

KYLE KIBBE
11310 CORNER BROOK CT
RENO, NV 89511-9221

LAW OFFICES OF MICHAEL B. SPRINGER
9628 PROTOTYPE CT.
RENO, NV 89521-5976

LEVRETT TRANSMISSION
832 E. 4TH STREET
RENO, NV 89512-3501

LITHIA CAR & TRUCK STORE
7175 SOUTH VIRGINIA ST
RENO, NV 89511-1126

LYLE KIBBE
11310 CORNER BROOK COURT
RENO, NV 89511-9221

LaBEEG JANITORIAL SERVICES
74 VINE STREET
RENO, NV 89503-5521

MAUPIN COX & LEGOY
PO BOX 30000
RENO, NV 89520-3000

MB FINANCIAL BANK
C/O LEWIS AND ROCA
ATTN: BRUCE T. BEESLEY
50 WEST LIBERTY ST. #410
RENO, NV 89501-1922

MB FINANCIAL BANK
C/O LEWIS AND ROCA
ATTN: LAURY M. MACCAULEY
50 WEST LIBERTY ST. #410
RENO, NV 89501-1922

MB FINANCIAL BANK, NA
Acct No xx4946
ATTN: MARK J. KOSMINSKAS
6111 NORTH RIVER ROAD
4TH FLOOR
ROSEMONT, IL 60018-5158

MC GRAW HILL CONSTRUCTION
7625COLLECTION CTR DR
CHICAGO, IL 60693-0001

MEYERS & MCCONNELL
11859 WILSHIRE BLVD
FOURTH FLOOR
LOS ANGELES, CA 90025-6616

MICHAEL'S PLUMBING
PO BOX 4168
SPARKS, NV 89432-4168

MILNE TOW & TRANSPORT
301 GENTRY WAY
RENO, NV 89502-4608

MOORE & VAN ALLEN
PO BOX 65045
CHARLOTTE, NC 28265-0045


MOORE & VAN ALLEN PLLC
ATTN: LUIS M. LLUBERAS-OLIVER
100 NORTH TRYON, SUITE 4700
CHARLOTTE, NC 28202-4003

MORGAN, LEWIS & BOCKIUS LLP
1717 MAIN STREET
DALLAS, TX 75201-4612

MR COPY SMART DOCUMENT SOLUTIONS
5657 COPLEY DRIVE
SAN DIEGO, CA 92111-7903


NEVADA BLUE, LTD
9738 SO VIRGINIA ST #D
RENO, NV 89511-4811

NEVADA DEPARTMENT OF MOTOR VEHICLES
MOTOR CARRIER DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE LN STE L-235
RENO, NV 89502-5045


NEVADA DEPT OF TAXATION
1550 COLLEGE PARKWAY, NO. 115
CARSON CITY, NV 89706-7939

NEVADA DEPT TAXATION
P.O. BOX 52685
PHOENIX, AZ 85072-2685

NEVADA EMPLOYMENT SEC
500 E. THIRD STREET
CARSON CITY, NV 89713-0002


NEVADA OFFICE MACHINES
1855 VASSER ST.
RENO, NV 89502-2108

NORTECH CONSULTANTS, LTD
8620 TECHNOLOGY WAY
RENO, NV 89521-5941

NORTH STAR TRUST COMPANY
ACCOUNTING DEPT.
PO BOX 2980
MILWAUKEE, WI 53201-2980


NORTH STAR TRUST COMPANY
ATTN: JOHN HOMMEL
500 W. MADISON STREET - 3150
CHICAGO, IL 60661-4580

NORTHERN NEVADA CONCRETE, INC
12240 HIDDEN HILLS DRIVE
SPARKS, NV 89441-5586

NV DEPT OF EMPL TRAINING
EMPLOYMENT SECURITY DIV
500 EAST THIRD STREET
CARSON CITY, NV 89713-0002


NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

NV LABOR COMMISSION
675 FAIRVIEW LANE, STE 226
CARSON CITY, NV 89701-5474

NV STATE TREASURERS OFFICE
PO BOX 98513
LAS VEGAS, NV 89193-8513


Nevada Department of Transportation
1263 South Stewart Street
Suite 315
Carson City Nevada 89712-0002

OFFICE DEPOT
PO BOX 689020
DES MOINES, IA 50368-9020

(c)OFFICE OF THE U.S. TRUSTEE
300 BOOTH ST STE 3009
RENO NV  89509-1362


OFFICE SUPPLY & IMAGING, INC
4750 LONGLEY LANE
RENO, NV 89502-5983

OLYMPUS & ASSOCIATES INC
PO BOX 8015
RENO, NV 89507-8015

PAPE MACHINERY EXCHANGE
PO BOX 5077
PORTLAND, OR 97208-5077


PETER GRIFFIN
14485 HURON TRAIL
RENO, NV 89521-7206

PETERBILT TRUCK PARTS AND EQUIPMENT
PO BOX 1624
SPARKS, NV 89432-1624

PETERSEN CONSTRUCTION
4865 JOULE ST. UNIT #C5
RENO, NV 89502-4151

PETROLEUM MAINTENANCE INC
550 E. 4TH STREET
RENO, NV 89512-3316

PITNEY BOWES GLOBAL FIN SVCS
PO BOX 856460
LOUISVILLE, KY 40285-6460

PITNEY BOWES INC
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

PRECISION PLUMBING
200 B HOT SPRINGS ROAD
CARSON CITY, NV 89706-1603

PRECISION PLUMBING
50 FREEPORT BLVD., #19
SPARKS, NV 89431-6255

PRECISION PLUMBING
510 S. ROCK BLVD.
SPARKS, NV 89431-5549

RAIL CITY GARDEN CENTER
1720 BRIERLEY WAY
SPARKS, NV 89434-5822

RANDI L. WALKER
C/O TIMOTHY A. LUKAS, ESQ.
HOLLAND & HART LLP
5441 KIETZKE LN, SECOND FL
RENO, NEVADA 89511-3026

RAPID REFILL INK
5110 MAE ANNE AVE
RENO, NV 89523-1923

RAPID ROOTER, INC
PO BOX 5167
SPARKS, NV 89432-5167

REED CONSTRUCTION DATA
PO BOX 2241
CAROL STREAM, IL 60132-0001

RENO CONCRETE INC
PO BOX 34210
RENO, NV 89533-4210

RENO RODEO ASSOCIATION
135 N WELLS AVE
PO BOX 12335
RENO, NV 89510-2335

RENO-SPARKS LOCK AND KEY
1742 VICTORIAN AVENUE
SPARKS, NV 89431-4823

RINKER MATERIALS
ATTN: DENA
385 TOWER ROAD
NAPA, CA 94558

ROBERT P. LANDIS
P.O.BOX 20451
CASTRO VALLEY, CA 94546-8451

ROBIN HOOPER
C/O ROBERTSON & BENEVENTO
ATTN: RICHARD D WILLIAMSON
50 W. LIBERTY ST., STE 600
RENO, NV 89501-1968

ROY A. WALKER
C/O TIMOTHY A. LUKAS, ESQ.
HOLLAND & HART LLP
5441 KIETZKE LN, SECOND FL
RENO, NEVADA 89511-3026

ROY A. WALKER
MB FINANCIAL BANK
C/O HOLLAND & HART
ATTN: TIMOTHY A.LIKAS
5441 KIETZKE LANE, SECOND FL
RENO, NV 89511-3026

ROY WALKER
120 BURKS BLVD.
RENO, NV 89523-9701

Rinker Materials
999 Marietta Way
Sparks, NV  89431-6031

SAFETY GLASS
PO BOX 2865
RENO, NV 89505-2865

SANI-HUT COMPANY, INC.
PO BOX 7455
RENO, NV 89510-7455

SHRED-IT RENO INC
PO BOX 13047
RENO, NV 89507-3047

SIERRA CHEMICAL
2301 LARKIN CIRCLE
SPARKS, NV 89431

SIERRA DIESEL INJECTION
2525 MILL ST
RENO, NV 89502-2183

SIERRA FREIGHTLINER
1550 E. GREG STREET
SPARKS, NV 89431-6550

SIERRA STRIPERS & ASPHALT PAVING
296 PARR BLVD.
RENO, NV 89512-1002

SIERRA WELDING SUPPLY CO.
1300 GLENDALE AVENUE
SPARKS, NV 89431-5601

SILVER STATE BARRICADE & SIGN
1997 GLENDALE AVE.
SPARKS, NV 89431-5551

SITE MGMT & RESOURCE TECH
PO BOX 17211
RENO, NV 89511-7211

SOIL-TECH
6420 S. CAMERON SUITE 207
LAS VEGAS, NV 89118-4339

SPECIALTY EQUIPMENT SERVICES
8640 CANYON RIVER DRIVE
SPARKS, NV 89434-9637


SPECIALTY EQUIPMENT SERVICES
PO BOX 33988
RENO, NV 89533-3988

SPRINGER, MICHAEL
9628 PROTOTYPE COURT
RENO, NV 89521-5976

SPRINT - ACCT 895574166
PO BOX 4181
CAROL STREAM, IL 60197-4181


STAPLES BUSINESS ADVANTAGE
DEPT LA
CHICAGO, IL 60696-0001

STERLING COMPUTER PRODUCTS
16135 COVELLO STREET
VAN NUYS, CA 91406-2911

STOREY COUNTY
BUSINESS LICENSES
DRAWER D
VIRGINIA CITY, NV 89440-0139


STOUT RISIUS ROSS INC
4000 TOWN CENTER 20TH FLOOR
SOUTHFIELD, MI 48075-1415

SUMMIT OFFICE SUPPLY
6800 WEST GATE BLVD
#132-489
AUSTIN, TX 78745-4883

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949


Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

THOLL FENCE, INC.
PO BOX 855
SPARKS, NV 89432-0855

TITAN ELECTRICAL CONTRACTING
PO BOX 18202
RENO, NV 89511-0202


TOWN OF MINDEN
C/O JONES VARGAS
ATTN: JANET L. CHUBB
PO BOX 281
RENO, NV 89504-0281

TRENCH PLATE RENTAL CO.
13217 LAURELDALE AVE
DOWNEY, CA 90242-5140

TRI STATE SURVEYING LTD
1925 E PRATER WAY
SPARKS, NV 89434-8938


TRUCKEE MEADOWS WATER AUTHORITY
PO BOX 30013
RENO, NV 89520-3013

TYRES INTERNATIONAL, INC
PO BOX 24522
SEATTLE, WA 98124-0522

TYRES INTERNATIONAL, INC.
4637 ALLEN RD.
STOW, OH 44224-1037


U.S. DEPT. OF LABOR (MSHA)
MS. MELANIE GARRIS
1100 WILSON BLVD., RM 2522
ARLINGTON, VA 22209-2268

UNDERGROUND VIDEO TECHNOLOGY
455 STAMPHILL
WADSWORTH, NV 89442

UNITED READY MIX
PO BOX 51685
SPARKS, NV 89435-1685


UNITED SITE SERVICES
3408 HILLCAP AVENUE
SAN JOSE, CA 95136-1306

US EPA REGION 9 BKRPTCY CONTACT
LEWIS MALDONADO
OFFICE OF REGIONAL COUNSEL-ORC-3
75 HAWTHORNE ST
SAN FRANCISCO, CA 94105-3920

VALLEY CONCRETE CO., INC
601 S. 15TH ST.
SPARKS, NV 89431-5606


VISA
PO BOX 30131
TAMPA, FL 33630-3131

VISUAL COMMUNICATION SERVICES
7620 ROBERT BANKS BLVD
SPARKS, NV 89436-6623

WALKER, RANDI
120 BURKES BLVD.
RENO, NV 89523-9701

WALKER, ROY
120 BURKS BLVD.
RENO, NV 89523-9701

WASHOE COUNTY
PUBLIC ADMINISTRATOR
PO BOX 7360
RENO, NV 89510-7360

WASHOE COUNTY TREASURER
PO BOX 30085
RENO, NV 89520-3085

WASHOE METAL FABRICATING
905 & 915 BERGIN WAY
SPARKS, NV 89434

WASTE MANAGEMENT - RMC
2625 W. GRANDVIEW RD., STE. 150
PHOENIX, AZ 85023-3113

WATERS VACUUM TRUCK SERVICE
PO BOX 18160
RENO, NV 89511-0160

WES HOLDINGS, INC.
C/O NORTH STAR TRUST COMPANY
500 WEST MADISON STREET
SUITE 3150
CHICAGO, IL 60661-4580

WESTERN ENERGETIX, LLC
PO BOX 49002
AUBURN, CA 95604-8901

WESTERN HYDRO CORPORATION
3449 ENTERPRISE AVE
HAYWARD, CA 94545-3220

WESTERN SEALING & STRIPING CO.
1700 MARIETTA WAY
SPARKS, NV 89431-6062

Western Industrial Parts, Inc.
5355 Louie Lane
Reno, NV 89511-1810

Wilson, Elser, Moskowitz, Edelman & Dicker,
150 E. 42nd Street
New York, NY 10017-5639

Z-ONE GLASS
2100 ANDROMEDA WAY
RENO, NV 89509-3801

ZEE MEDICAL INC
PO BOX 781582
INDIANAPOLIS, IN 46278-8582

ZIMMCO EQUIPMENT INC
2130 KLEPPE LANE
SPARKS, NV 89431-6453

ZURICH AMERICAN INSURANCE COMPANY
ATTN: MARC OUIMET 9TH FLOOR, TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196-1091

Zimmco Equipment
c/o Gunderson Law Firm
3895 Warren Way
Reno, NV 89509-5243

ALAN R SMITH
505 RIDGE ST
RENO, NV 89501-1719

JEFFREY L HARTMAN
HARTMAN & HARTMAN
510 WEST PLUMB LANE, STE B
RENO, NV 89509-3693

KEITH J TIERNEY
10580 N. MCCARRAN BLVD., BLDG 115-403
RENO, NV 89503-2059

ROY A. WALKER
c/o TIMOTHY A. LUKAS
HOLLAND & HART LLP
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511-3026

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DIAMOND DIESEL SERVICE INC
2550 EAST 12TH STREET
ALAMEDA, CA 94501

INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89106

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

OFFICE OF THE U.S. TRUSTEE
300 BOOTH STREET, ROOM 2129
RENO, NV 89509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACTIVE ASSETS MANAGEMENT LLC

(u)CHICKEN HAWK TRANSPORT

(d)Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519-0906


(u)RITCHIE BROS. AUCTIONEERS

(u)U.S. BANKRUPTCY COURT
0

(u)UNITED CONSTRUCTION COMPANY, INC.


(d)ACTIVE ASSET MANAGEMENT, LLC
5750 BLUE HILLS DRIVE
RENO, NV 89502-9642

(d)IMPACT EQUIPMENT COMPANY
655 E. NUGGET AVENUE
SPARKS, NV 89431-5822

(u)NEW ADDRESSES


(d)WASHOE COUNTY PUBLIC ADMINISTRATOR
PO BOX 7360
RENO, NV  89510-7360

(d)Zimmco Equipment, Inc.
c/o Gunderson Law Firm
3895 Warren Way
Reno, NV 89509-5243

(u)CODY HOOPER


(u)ROBIN HOOPER

(u)Steve Bennyhoff

End of Label Matrix
Mailable recipients   260
Bypassed recipients    14
Total                 274