1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

IN RE:

    See Below

_____/

**Old Hearing Date: September 15, 2010**
**Old Hearing Time: 02:00 p.m.**

**New Hearing Date: October 22, 2010**
**New Hearing Time: 10: 00 a.m.**

## NOTICE OF RESET HEARING

    Please take notice that the hearing on the following matters has been rescheduled by the Court to be heard on **October 22, 2010 at 10:00 a.m**. in  the  United States  Bankruptcy Courtroom  #3, 1st  Floor, C. Clifton Young Federal Courthouse, 300  Booth St.,  Reno, Nevada.

Case # **BK-08-51016- J.E. Morros Construction & Dev.** (doc #129) - Motion to Convert Case

Case # **BK 08-51273- US Global NanoSpace, Inc.** (doc #34) - Motion to Convert Case

Case # **BK 09-51281 -Western Sealing & Striping Co.** (doc #57) -Motion Convert Case

Case # **BK 09-52177  -WES Construction Co.** (doc #356) - Motion to Reconsider Court's July 9, 2010 Order

Case # **BK 09-52177  -WES Construction Co.** (doc #359) - Motion to Reconsider Court's July16, 2010 Order

Case # **BK 10-52627 - Booze Bros.,  LLC (**doc #9) - Application to Employ

DATE:  September 2, 2010

                                    FOR THE COURT
                                    MARY SCHOTT,  CLERK

                                     E.  Wilder
                                    Deputy Clerk

BNC TO THE MATRIX