

**Entered on Docket
September 23, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Unsecured Creditors'
Committee during Chapter 11 phase
of this Case

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:                                                         ) | CASE NO:   BK-N-09-52177-gwz |
| WES CONSTRUCTION COMPANY, INC.,    ) | BK-N-09-52178-gwz |
| a Nevada corporation.                               ) | BK-N-0952181-gwz |
|                                                                   ) | (Jointly administered |
| HEAVY EQUIPMENT SERVICES, LLC.,   ) | under 09-52177) |
| a Nevada limited liability company,          ) | |
|                                                                   ) | Chapter 7 |
| TRUCKING SERVICES, LLC.,                  ) | |
| a Nevada limited liability company,          ) | ORDER APPROVING |
|                                                                   ) | THE FIRST AND FINAL |
|                                                                   ) | FEE APPLICATION OF |
|                                                                   ) | WHITE LAW CHARTERED |
|                                                                   ) | FOR ALLOWANCE OF |
|                                                                   ) | COMPENSATION AND |
|                                                                   ) | REIMBURSEMENT OF |
|                                                                   ) | EXPENSES AS COUNSEL TO |
|                                                                   ) | THE OFFICIAL COMMITTEE |
|                                                                   ) | OF UNSECURED CREDITORS |
|                                                                   ) | FOR THE PERIOD FROM |
|                                                                   ) | AUGUST 26, 2009 THROUGH |
|                                                                   ) | DECEMBER 9, 2009 |
| _____Debtor_____/ ) | |

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

The FIRST AND FINAL FEE APPLICATION OF WHITE LAW CHARTERED FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 26, 2009 THROUGH DECEMBER 9, 2009 ("Application"), filed herein on August 23, 2010, having been regularly come on for hearing at 2:00 p.m. on September 21, 2010, Bill Cossitt, Esq. appearing for the Office of the United States Trustee and Laurey MacAuley, Esq. appearing for conditional objectant, secured creditor MB Financial Bank, and the hearing on the Application having been properly noticed, and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Application of White Law Chartered for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period above-mentioned ("Application"), seeking compensation for attorney fees and costs incurred during the Chapter 11 phase of this case, be and hereby is approved;

2. The Amount of Compensation for Services Sought by White Law Chartered in the amount of $30,521.25 is ordered, adjudged and decreed as Actual, Reasonable and Necessary;

3. The Amount of Expenses Sought to be Reimbursed by WLC in the amount of $2,207.04 is ordered, adjudged and decreed as Actual, Reasonable and Necessary;

4. The Application, in the total amount of $32,728.29, is hereby granted.

| Submitted by:<br><br>WHITE LAW CHARTERED<br><br>By: _____<br>        John White, Esq. | Approved/~~Disapproved~~<br><br>OFFICE OF THE U.S. TRUSTEE<br><br>_____<br>Attorney for Acting United States Trustee<br>August B. Landis |

###

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021 (b)(1).

___ No party appeared at the hearing or filed an objection to the Application.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below. (<u>Signature of Laury M. MacAuley waived in open court.</u>)

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the Application, and no parties appeared or filed written objections.

Dated this 22 day of September 2010.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228