E-Filed: 12/21/10

Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
E-mail: mguymon@goldguylaw.com
Peter Co, Esq.
Nevada Bar No. 11938
E-mail: peterc@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Secured Creditor,
Premium Financing Specialists, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) CASE NO. BK-09-52177-GWZ |
| | ) CHAPTER 7 |
| WES CONSTRUCTION COMPANY, INC., | ) |
| | ) |
| Debtor. | ) Date: February 1, 2011 |
| | ) Time: 2:00 p.m. |

### DECLARATION IN SUPPORT OF PREMIUM FINANCING SPECIALISTS, INC.'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

STATE OF WA

COUNTY OF Spokane

COMES NOW, Rachel Yunk, on behalf of Premium Financing Specialists, Inc. (hereinafter "PFS"), having been duly sworn upon oath and under penalties of perjury states as follows:

1. I am the authorized individual making this statement on behalf of PFS, and have personal knowledge as to the facts asserted herein, except as to those facts asserted upon information and belief and as to those assertions I believe them to be true.

2. PFS is an insurance premium finance company, whose business consists of lending money to businesses to finance their insurance premiums.

3. Debtor was, at the time of filing the petition initiating this case, and still is indebted to PFS for money borrowed for the payment of insurance premiums.

4. On about June 8, 2009, debtor entered into an insurance premium finance agreement with

Western Assurance Company who subsequently assigned its rights under the agreement to PFS. A true and correct copy of the agreement is attached as Exhibit A.

5. At Debtor's request, Western Assurance Company paid the premium for debtor's general liability and excess insurance policies for coverage for 12 months beginning June 1, 2009 in consideration for debtor's promise to pay all balances due Western Assurance Company, and now, PFS, in monthly installments.

6. The total of the premiums financed by PFS on the policies was $193,434.20. Debtor made a cash down payment of $61,220.20 and agreed to pay the balance on the loan and a finance charge in ten monthly installments of $13,646.20 on the first day of each month beginning July 1, 2009 until the loan was repaid in full.

7. By the terms of the agreement, Debtor assigned to Western Assurance Company, now PFS, any and all unearned premiums payable under the policies scheduled therein. Said assignment was given as security for the total amount payable by Debtor to Western Assurance Company, now PFS, under the agreement.

8. By the terms of the agreement, Debtor irrevocably and unconditionally appointed Western Assurance Company, now PFS, as attorney-in-fact with full authority to cancel the policies scheduled in the agreement, as well as to execute and deliver on behalf of the debtor all documents, forms and notices relating to the policies scheduled in the agreement, and to obtain all unearned and return premiums.

9. Debtor is in default of the payments due under the agreement.

10. As of November 1, 2010, after having cancelled the policy and having applied all unearned and return premiums, the unpaid balance under the finance agreement is $19,152.96, plus attorney's fees and costs.

DATED this 15 day of December, 2010.

*Rachel Yunk*, on behalf of PFS

SUBSCRIBED AND SWORN TO

- 2 -

1 | BEFORE ME, A NOTARY PUBLIC
2 | THIS 15th DAY OF DECEMBER 2010

3 | _____



7 | \\Gngdc0\data\MAG\Client Matters\BK Clients\1Closed Matters\PFS 6966-1\admin.expense.dec.wpd

**Exhibit A**

n 09 09 12:56p    Shirley Aguirre            7758261235    p.3

243007

**WESTERN ASSURANCE COMPANY**

AN AFFILIATE OF A AND H INSURANCE INC
RENO, NV 89502
(775)829-2600 FAX: (775)829-2607

PREMIUM FINANCE AGREEMENT

| | | | AGENT (Name & Place of business) | INSURED (Name and residence or business) |
|---|---|---|---|---|
| A | CASH PRICE (TOTAL PREMIUMS) | $193,434.20 | A & H INSURANCE COMPANY - RENO | WES CONSTRUCTION INC |
| B | CASH DOWN PAYMENT | $61,220.20 | 3301 S VIRGINIA ST #201 | P O BOX 33099 |
| C | PRINCIPAL BALANCE (A MINUS B) | $132,214.00 | RENO    NV  89502 (775)829-2600 | RENO    NV  89533 (775)329-8641 |

**LOAN DISCLOSURE**   Quote Number: 21915

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.95 % | $4,248.00 | $132,214.00 | $136,462.00 |

YOUR PAYMENT SCHEDULE WILL BE

| Number of Payments | Amount of Payments | When Payments Are Due | MONTHLY Beginning: 7/1/2009 |
|---|---|---|---|
| 10 | $13,646.20 | | |

ITEMIZATION OF THE AMOUNT FINANCED:
THE FULL AMOUNT FINANCED WAS PAID
TO THE INSURANCE COMPANY

Security: You are giving a security interest in the unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium of the policies.
Late Charges: A late charge will be imposed on any installment in default 5 days or more. This late charge will be 5% of the installment due.

Prepayment: If you pay your account off early, you may be entitled to a refund of a portion of the finance charge in accordance with Rule of 78's. The finance charge includes a predetermined interest rate plus a non-refundable service/origination fee of $25

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE TYPE | POLICY TERMS | PREMIUM |
|---|---|---|---|---|---|
| PENDING | 6/1/2009 | IRONSHORE SPECIALTY INSURANCE COMPA CRUMP INSURANCE SERVICES | GL FEES TAXES | 12 | $127,000.00 $10,859.20 $4,893.00 |
| PEC000319107 | 6/1/2009 | GREENWICH INSURANCE COMPANY XL ENVIRONMENTAL | | | $10,432.00 |

Western Assurance Company
Account Number 243007

For value received the undersigned hereby assigns to Premium Financing Specialists Inc.
The rights, title, and interest in and to the foregoing Premium Finance Agreement

(CHECK CORRECT BOX)  ☐ PERSONAL   Continued On Schedule A  ☑ COMMERCIAL

TOTAL $ $193,434.20

The undersigned insured directs WESTERN ASSURANCE COMPANY (herein, "Lender") to pay the premiums on the policies described above in consideration of such premium payments the insured agrees to pay Lender at the branch office address shown above, or as otherwise directed by Lender the amount stated as Total of Payments in accordance with the Payment Schedule, both as shown in Loan Disclosure, subject to the Provisions herein set forth
The named insured:
1. Assigns to Lender as security for the total amount payable hereunder all unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium which become payable under the policies listed above, as to all of which Insured gives to Lender a security interest.
2. Irrevocably appoints Lender attorney-in-fact of the insured with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to Lender or in which it has granted Lender a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherance of this agreement
3. Understands that the finance charge begins to accrue as of the earliest policy effective date.

4. Agrees to all provisions set out on pages 1 and 2 of this agreement.
NOTICE:
A. Do not sign this agreement before you read it or if it contains any blank space.
B. You are entitled to a completely filled in copy of this agreement.
C. Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge.
D. Keep your copy of this agreement to protect your legal rights.

Signature of Insured or Authorized Agent    DATE 6/8/09

The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

SIGNATURE OF AGENT    DATE 6/8/09

(10/07) Copyright 1988 Premium Financing Specialists, Inc.    Page 1 of 2    06/08/09    PLUS - NVCPUR

Shirley Aguirre                                            7758261235            p 4

| AGENT | INSURED |
|---|---|
| A & H INSURANCE COMPANY - RENO | WES CONSTRUCTION INC |
| 3301 S VIRGINIA ST #201 | P O BOX 33099 |
| RENO    NV    89502<br>(775)829-2600 | RENO    NV    89533<br>(775)329-8641 |

## SCHEDULE A

Quote Number: 21915

| POLICY PREFIX AND NUMBER | EFFECTIVE DAY OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | TERM | PREMIUM |
|---|---|---|---|---|---|
| PENDING | 6/1/2009 | EVEREST NATIONAL INSURANCE CO<br>SWETT INS MANAGERS--SEATTLE | EXCESS | 12 | $39,000.00 |
|  |  |  | FEES |  | $1,250.00 |

(11/00) Copyright 1988 Premium Financing Specialists, Inc.

PLUS 1 1.824 - 06.08.2009PUR - A

Date: 12/14/2009
Time: 3:06:22 PM

# Account Status - Account # WAS-243007-1

Page: 1  
PFS / Plus

| A & H INSURANCE COMPANY - RENO | WES CONSTRUCTION INC |
|---|---|
| 3301 S VIRGINIA ST #201 | 415 PARR CIRCLE |
| RENO, NV 89502 | RENO, NV 89512 |
| (775)829-2600 | (775)329-8641 |

| | | | | Status | Commercial | BAD |
|---|---|---|---|---|---|---|
| Total Premium | $193,434.20 | Current Balance | $68,231.00 | Accepted | 06/11/2009 | |
| Down Payment | $61,220.20 | Principal | $67,061.37 | First | 07/01/2009 | |
| Amount Financed | $132,214.00 | Unearned | $1,169.63 | Next | 12/01/2009 | |
| Finance Charge | $4,248.00 | Credit Amount | $0.00 | Maturity | 04/01/2010 | |
| Doc Stamp | $0.00 | Earned | $3,078.37 | Payments | 5 of 10 | |
| Broker Fee | $0.00 | Finance Adjustment | $0.00 | APR | 6.950% | |
| Total Payments | $138,462.00 | | | | | |

| | | | | Late Fees | $741.83 |
| | | | | Default Fees | $0.00 |
| | | | | Check Fees | $0.00 |
| | | | | NSF Fees | $0.00 |
| | | | | Total Fees | $741.83 |
| | | | | Total Due | $68,972.83 |

| | | | Do Not Bill On Due | |
| | | | Installment | $13,646.20 |
| | | | Last Payment | 11/12/2009 |

## Transaction History

| Posted/Received | Amount | Source | Method | Due On | Code | Principal | Interest | Credit | Late | Default | NSF | Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/07/09 | $682.31 | | | 12/01/09 | LC | $0.00 | $0.00 | $0.00 | $682.31 | $0.00 | $0.00 | $0.00 |
| 11/12/09 | -$13,646.20 | Internal | Wire | 11/01/09 | RG | -$13,181.46 | -$464.74 | $0.00 | $682.31 | $0.00 | $0.00 | $0.00 |
| 11/06/09 | $682.31 | | | 11/01/09 | LC | $0.00 | $0.00 | $622.79 | -$622.79 | $0.00 | $0.00 | $0.00 |
| 10/05/09 | -$14,268.99 | Insured | Check | 10/01/09 | RG | -$13,105.56 | -$540.64 | -$622.79 | $682.31 | $0.00 | $0.00 | $0.00 |
| 09/21/09 | -$14,328.51 | Insured | Check | 09/01/09 | RG | -$13,030.09 | -$616.11 | $0.00 | -$682.31 | $0.00 | $0.00 | $0.00 |
| 09/08/09 | $682.31 | | | 09/01/09 | LC | $0.00 | $0.00 | $0.00 | $682.31 | $0.00 | $0.00 | $0.00 |
| 08/25/09 | -$14,328.51 | Insured | ACH | 08/01/09 | RG | -$12,955.06 | -$691.14 | $0.00 | -$682.31 | $0.00 | $0.00 | $0.00 |
| 08/06/09 | $682.31 | | | 08/01/09 | LC | $0.00 | $0.00 | $0.00 | $682.31 | $0.00 | $0.00 | $0.00 |
| 06/29/09 | -$13,646.20 | Insured | Check | 07/01/09 | RG | -$12,880.46 | -$765.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## Policy(s)

| Policy # | Effective | Coverage | Term | Premium | Fees & Taxes | Company | General Agent | Broker |
|---|---|---|---|---|---|---|---|---|
| 00HUB0905001 | 06/01/2009 | GL | 12 | $127,000.00 | $15,752.20 | IRONSHORE SPECIALTY INSURANCE ONE STATE STREET PLAZA #74 NEW YORK, NY 10004 (646)826-6600 | CRUMP INSURANCE SERVICES 5613 DTC PKWY SUITE 425 GREENWOOD VILLAGE, CO 80111 (303)386-8020 | |
| PEC000319107 | 06/01/2009 | POLLTN | 12 | $10,432.00 | | GREENWICH INSURANCE COMPANY SEAVIEW HOUSE 70 SEAVIEW AVE STAMFORD, CT 06902-6040 (203)964-5200 | XL ENVIRONMENTAL 520 EAGLEVIEW BLVD EXTON, PA 19341 (800)327-1414 | |

Date: 12/14/2009
Time: 3:06:23 PM

# Account Status - Account # WAS-243007-1

Page: 2
PFS / Plus

| General Agent | Broker |
|---|---|
| SWETT INS MANAGERS-SEATTLE | |
| 720 OLIVE WAY | |
| SUITE #1800 | |
| SEATTLE, WA 98101-1864 | |
| (206)448-9400 | |

Company: EVEREST NATIONAL INSURANCE CO
PO BOX 830
LIBERTY CORNER, NJ 07938-0830
(908)604-3000

## Policy(s)

| Policy # | Effective | Coverage | Term | Premium | Fees & Taxes |
|---|---|---|---|---|---|
| 71C70000870B | 06/01/2009 | EXCESS | 12 | $39,000.00 | $1,250.00 |

## Payment Schedule

| Due Date | Date Paid | Installment | Status | APB | Late Charges | Default | NSF | Client Intent |
|---|---|---|---|---|---|---|---|---|
| 07/01/09 | 06/29/09 | $13,646.20 | PAID | $119,333.54 | | | | |
| 08/01/09 | 08/25/09 | $13,646.20 | PAID | $108,378.48 | $682.31 | | | 08/06/09 |
| 09/01/09 | 09/21/09 | $13,646.20 | PAID | $93,348.39 | $682.31 | | | 09/08/09 |
| 10/01/09 | 10/05/09 | $13,646.20 | PAID | $80,242.83 | | | | |
| 11/01/09 | 11/12/09 | $13,646.20 | PAID | $67,061.37 | $682.31 | | | 11/06/09 |
| 12/01/09 | | $13,646.20 | PAST DUE | $53,803.57 | $682.31 | | | 12/07/09 |
| 01/01/10 | | $13,646.20 | DUE ON | $40,468.98 | | | | |
| 02/01/10 | | $13,646.20 | DUE ON | $27,057.16 | | | | |
| 03/01/10 | | $13,646.20 | DUE ON | $13,567.67 | | | | |
| 04/01/10 | | $13,646.20 | DUE ON | $0.00 | | | | |

## Disbursements

| Origin | Pay To | Method | Release | Days | Payable On | Paid Date | Payable Amount | Type |
|---|---|---|---|---|---|---|---|---|
| 06/11/2009 | AGENT | ACH | IMMEDIATE | 0 | 06/11/2009 | 06/11/2009 | $97,572.40 | F |
| 06/11/2009 | AGENT | ACH | IMMEDIATE | 0 | 06/11/2009 | 06/11/2009 | $7,130.36 | F |
| 06/11/2009 | AGENT | ACH | IMMEDIATE | 0 | 06/11/2009 | 06/11/2009 | $27,511.24 | F |

## Mailings

| Sent | Created | Mailing | Sent To | Name | Number | Print To |
|---|---|---|---|---|---|---|
| 12/07/2009 | 12/07/2009 | NOTICE OF INTENT TO CANCEL | Insured | WES CONSTRUCTION INC | | OUTSOURCE |
| 12/07/2009 | 12/07/2009 | NOTICE OF INTENT TO CANCEL | Producer | A & H INSURANCE COMPANY - RENO | | LOCAL |
| 11/23/2009 | 11/23/2009 | NOTICE TO THE INSURED | Insured | WES CONSTRUCTION INC | | OUTSOURCE |
| 11/12/2009 | 11/12/2009 | NOTICE OF PAYMENT DUE | Insured | WES CONSTRUCTION INC | | OUTSOURCE |
| 11/06/2009 | 11/06/2009 | NOTICE OF INTENT TO CANCEL | Insured | WES CONSTRUCTION INC | | OUTSOURCE |
| 11/06/2009 | 11/06/2009 | NOTICE OF INTENT TO CANCEL | Producer | A & H INSURANCE COMPANY - RENO | | LOCAL |
| 09/18/2009 | 09/18/2009 | NOTICE TO THE INSURED | Insured | WES CONSTRUCTION INC | | OUTSOURCE |
| 09/08/2009 | 09/08/2009 | NOTICE OF INTENT TO CANCEL | Insured | WES CONSTRUCTION INC | | OUTSOURCE |
| 09/08/2009 | 09/08/2009 | NOTICE OF INTENT TO CANCEL | Producer | A & H INSURANCE COMPANY - RENO | | LOCAL |

Date: 12/14/2009
Time: 3:06:23 PM

## Account Status - Account # WAS-243007-1

Page: 3
PFS / Plus

### Mailings

| Sent | Created | Mailing | Sent To | Name | Print To |
|---|---|---|---|---|---|
| 08/26/2009 | 08/26/2009 | NOTICE OF FINANCED PREMIUM | Company | IRONSHORE SPECIALTY INSURANCE CO | OUTSOURCE |
| 08/26/2009 | 08/26/2009 | NOTICE OF FINANCED PREMIUM | General Agent | XL ENVIRONMENTAL | OUTSOURCE |
| 08/26/2009 | 08/26/2009 | NOTICE OF FINANCED PREMIUM | Company | EVEREST NATIONAL INSURANCE CO | OUTSOURCE |
| 08/26/2009 | 08/26/2009 | NOTICE OF FINANCED PREMIUM | Company | GREENWICH INSURANCE COMPANY | OUTSOURCE |
| 08/26/2009 | 08/26/2009 | NOTICE OF FINANCED PREMIUM | General Agent | CRUMP INSURANCE SERVICES | OUTSOURCE |
| 08/25/2009 | 08/25/2009 | ACH PAYMENT LETTER | Insured | WES CONSTRUCTION INC | EMAIL |
| 08/20/2009 | 08/20/2009 | PENDING POLICY REQUEST | Producer | A & H INSURANCE COMPANY - RENO | LOCAL |
| 08/20/2009 | 08/20/2009 | NOTICE TO THE INSURED | Insured | WES CONSTRUCTION INC | OUTSOURCE |
| 08/20/2009 | 08/20/2009 | PENDING POLICY REQUEST | General Agent | SWETT INS MANAGERS--SEATTLE | EMAIL |
| 08/17/2009 | 08/14/2009 | PENDING POLICY REQUEST | General Agent | SWETT INS MANAGERS--SEATTLE | EMAIL |
| 08/14/2009 | 08/14/2009 | PENDING POLICY REQUEST | Producer | A & H INSURANCE COMPANY - RENO | OUTSOURCE |
| 08/14/2009 | 08/14/2009 | NOTICE OF FINANCED PREMIUM | Company | IRONSHORE SPECIALTY INSURANCE CO | OUTSOURCE |
| 08/14/2009 | 08/14/2009 | NOTICE OF FINANCED PREMIUM | General Agent | XL ENVIRONMENTAL | OUTSOURCE |
| 08/14/2009 | 08/14/2009 | NOTICE OF FINANCED PREMIUM | Company | EVEREST NATIONAL INSURANCE COMPANY | OUTSOURCE |
| 08/14/2009 | 08/14/2009 | NOTICE OF FINANCED PREMIUM | Company | GREENWICH INSURANCE COMPANY | OUTSOURCE |
| 08/14/2009 | 08/14/2009 | NOTICE OF FINANCED PREMIUM | General Agent | CRUMP INSURANCE SERVICES | EMAIL |
| 08/06/2009 | 08/06/2009 | NOTICE OF INTENT TO CANCEL | Insured | WES CONSTRUCTION INC | OUTSOURCE |
| 08/06/2009 | 08/06/2009 | NOTICE OF INTENT TO CANCEL | Producer | A & H INSURANCE COMPANY - RENO | LOCAL |
| 07/30/2009 | 07/30/2009 | PENDING POLICY REQUEST | Producer | A & H INSURANCE COMPANY - RENO | OUTSOURCE |
| 07/30/2009 | 07/30/2009 | NOTICE OF FINANCED PREMIUM | Company | IRONSHORE SPECIALTY INSURANCE CO | OUTSOURCE |
| 07/30/2009 | 07/30/2009 | NOTICE OF FINANCED PREMIUM | General Agent | XL ENVIRONMENTAL | OUTSOURCE |
| 07/30/2009 | 07/30/2009 | NOTICE OF FINANCED PREMIUM | Company | EVEREST NATIONAL INSURANCE CO | OUTSOURCE |
| 07/30/2009 | 07/30/2009 | NOTICE OF FINANCED PREMIUM | Company | GREENWICH INSURANCE COMPANY | OUTSOURCE |
| 07/30/2009 | 07/30/2009 | NOTICE OF FINANCED PREMIUM | General Agent | CRUMP INSURANCE SERVICES | EMAIL |
| 07/30/2009 | 07/30/2009 | PENDING POLICY REQUEST | General Agent | SWETT INS MANAGERS--SEATTLE | EMAIL |
| 06/11/2009 | 06/11/2009 | PENDING POLICY REQUEST | Producer | A & H INSURANCE COMPANY - RENO | OUTSOURCE |
| 06/11/2009 | 06/11/2009 | NOTICE OF ACCEPTANCE AND ASSIGNMENT | Insured | WES CONSTRUCTION INC | OUTSOURCE |
| 06/11/2009 | 06/11/2009 | NOTICE OF ACCEPTANCE AND ASSIGNMENT | Producer | A & H INSURANCE COMPANY - RENO | OUTSOURCE |
| 06/11/2009 | 06/11/2009 | COUPONS | Insured | WES CONSTRUCTION INC | OUTSOURCE |
| 06/11/2009 | 06/11/2009 | NOTICE OF FINANCED PREMIUM | General Agent | CRUMP INSURANCE SERVICES | EMAIL |
| 06/11/2009 | 06/11/2009 | NOTICE OF FINANCED PREMIUM | General Agent | CRUMP INSURANCE SERVICES | EMAIL |
| 06/11/2009 | 06/11/2009 | PENDING POLICY REQUEST | General Agent | SWETT INS MANAGERS--SEATTLE | EMAIL |

Date: 12/14/2009
Time: 3:06:23 PM

## Account Status - Account # WAS-243007-1

Page: 4

PFS / Plus

### Mailings

| Sent | Created | Mailing | Sent To | Name | Print To |
|---|---|---|---|---|---|
| 06/11/2009 | 06/11/2009 | NOTICE OF FINANCED PREMIUM | General Agent | SWETT INS MANAGERS--SEATTLE | EMAIL |
| 06/11/2009 | 06/11/2009 | NOTICE OF ACCEPTANCE AND ASSIGNMENT | Insured | WES CONSTRUCTION INC | LOCAL |