Jeffrey L. Hartman, Esq., #001607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Facsimile: (775) 324-1818
E-mail: notices@bankruptcyreno.com

E-Filed 7/5/2011

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

WES CONSTRUCTION COMPANY, INC., a Nevada corporation,

HEAVY EQUIPMENT SERVICES, LLC, a Nevada limited liability company,

TRUCKING SERVICES, LLC, a Nevada limited liability company,

    Debtors.
_____/

KEITH TIERNEY, Chapter 7 Trustee for WES CONSTRUCTION COMPANY, INC., a Nevada corporation,

    Plaintiff,

v.

MB FINANCIAL BANK, N.A., a National Association,

    Defendant.
_____/

Case No. BK-N-09-52177-GWZ (Lead)
Case No. BK-N-09-52178-GWZ
Case No. BK-N-09-52181-GWZ
(Jointly Administered)

Adv. No. _____

**COMPLAINT FOR RECOVERY OF PREFERENTIAL TRANSFERS**

    Keith Tierney, Chapter 7 Trustee for WES Construction Company, Inc., a Nevada corporation ("WES") complains against MB Financial Bank, N.A. ("MB Financial"), a National Association as follows:

///

///

HARTMAN & HARTMAN
510 West Plumb Lane
Reno, Nevada 89509
(775) 324-2800

## GENERAL ALLEGATIONS

1. The above-captioned debtors filed petitions commencing cases under chapter 11 of the Bankruptcy Code on July 6, 2009 (the "Petition Date"). The debtors continue to operate their businesses as debtors-in-possession.

2. WES Construction Company, Inc. is a Nevada corporation.

3. Plaintiff is informed and believes and thereon alleges that Defendant, MB Financial Bank, N.A. is a financial institution doing business in the State of Nevada ("MB Financial").

4. Plaintiff Keith Tierney was appointed as Chapter 7 Trustee on December 12, 2009.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §157 and §1334, and pursuant to 11 U.S.C. § 502 and 547. Plaintiff believes and avers that the claims for relief are "core" proceedings subject to determination by this Court pursuant to 28 U.S.C. §157(b)(2)(B), (C), (E), and (F) or otherwise related matters pursuant to 28 U.S.C. §1334. In the event any claim for relief is determined not to be a "core" proceeding, Plaintiff hereby consents to its determination of such claim by this Court.

6. Venue is proper pursuant to 28 U.S.C. §1449.

## FIRST CLAIM FOR RELIEF

### (Preferential Transfers to MB Financial)

7. Plaintiff hereby incorporates each and every averment set forth in paragraphs 1 through 6 above as if fully set forth herein.

8. That on or about May 14, 2009, WES conducted an auction of certain equipment more particularly identified in Exhibit "A" attached hereto and incorporated by reference herein (hereinafter the "Sold Equipment"). MB Financial was not identified as a lien holder on any of the titles for the Sold Equipment, and did not have a security interest in the Sold Equipment.

9. At the time of the auction, and thereafter (as more specifically set forth below), MB Financial had instituted strict financial controls on the Debtor, and required the deposit of all income received from any source into an MB Financial account, with disbursements to be made only upon approval of MB Financial. On or about June 7, 2009, all of the proceeds from the sale of the Sold

HARTMAN & HARTMAN
510 West Plumb Lane
Reno, Nevada 89509
(775) 324-2800

Equipment were paid to MB Financial (hereinafter referred to as the "Transfer").

10. At the time of the Transfer, MB Financial was owed a substantial unsecured debt by the Debtor, which had been in existence for more than one year.

11. At the time of the Transfer, the Debtor was insolvent.

12. The Transfer was made within 90 days prior to the Petition Date.

13. The Transfer enabled defendant MB Financial to receive more than it would have received if the case were a case under chapter 7 of the Bankruptcy Code, the Transfer had not been made, and defendant MB Financial received payment of such debt to the extent provided for by the Bankruptcy Code.

14. The Transfer is an avoidable preferential transfer in accordance with Title 11 U.S.C. §547(b).

## SECOND CLAIM FOR RELIEF

15. Plaintiff incorporates by reference each and every allegation in the paragraphs 1 through 14 as though fully set forth herein.

16. Plaintiff alleges that under 11 U.S.C. § 550(a), to the extent that all or a portion of the transfer to Defendant is avoided under 11 U.S.C. § 547, he is entitled to judgment against Defendant in the amount of the transfer avoided.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth:

1. With respect to the Claim for Relief, for recovery of all preferential transfers made to MB Financial, together with the interest thereon, from and after the date of such transfers;

2. For such and further relief as the court shall deem just and proper.

DATED this 5th day of July, 2011.

HARTMAN & HARTMAN

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Debtors

HARTMAN & HARTMAN
510 West Plumb Lane
Reno, Nevada 89509
(775) 324-2800

# EXHIBIT A

## WES CONSTRUCTION CO., INC. RBA Auction 05/14/09 - Final

| Type | Sub Type | Equip # | MB Bank or unsecured | Title Copy | RBA Lot # | Actual Proceeds 5/15/08 Auction | Under $2500 Surcharge | RBA Commission @ 11% | Ketch, Closs or Rapiz | Transport | Net Proceeds | Fixed Asset Owner | Year | Description | Model | Serial Number | Note requested files copy from RBA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pickup | | 4069 | unsecured | no | 702 | 6,000 | 0 | 660 | 25 | 250 | 5,065 | | 2000 | F250 | | 1FTNX21F7YEB43341 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4076 | unsecured | yes | 662 | 2,250 | 225 | 248 | 41 | 250 | 1,487 | WES | 1996 | F250 | F250 Utility 2X4 | 1FTHF25F8TEA8073 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4079 | unsecured | yes | 627 | 5,000 | 0 | 550 | 41 | 250 | 4,159 | WES | 1999 | F350 | F350 Flatbed 2X4 | 1FDWF37F0XEB13518 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4084 | unsecured | yes | 619 | 3,000 | 0 | 330 | 41 | 250 | 2,379 | WES | 1999 | F450 | F450 Flatbed 2X4 | 1FDXF46F9XED01485 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4086 | unsecured | yes | 620 | 3,000 | 0 | 330 | 281 | 250 | 2,139 | WES | 1999 | F450 | F450 Flatbed 2X4 | 1FDXF46F2XEA4041 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 4088 | unsecured | yes | 618 | 3,500 | 0 | 385 | 41 | 250 | 2,824 | TB | 1999 | F550 | F550 Flatbed 2X4 | 1FDWF36F0XED04568 | |
| 40 - Trucks - Diesel | Mechanic Diesel | 4099 | unsecured | yes | 373A | 4,500 | 0 | 495 | 41 | 250 | 3,714 | TB | 1997 | F450-Service | F250 Mechanic 2X4 | 3FELF4TF4VMA83294 | |
| 50 - Trucks - Diesel | Tractor Tractor 3-Axle | 5038 | unsecured | yes | 356 | 20,000 | 0 | 2,200 | | 500 | 17,300 | TB | 2000 | 379 | Peterbilt 379 | 1XP5DB9X3YD515335 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 6073 | unsecured | yes | 1596 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TB | 2004 | Front Side Dump | TK60SED | 1TK60A02X4M04704 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 6074 | unsecured | yes | 1603 | 5,500 | 0 | 605 | | 100 | 4,795 | TB | 2004 | Side Dump Dolly | TKDD | 1TK90022X4M04183 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 6075 | unsecured | yes | 1603 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TB | 2004 | Front Side Dump | TK60SED | 1TK60022X4M04708 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 6076 | unsecured | yes | 1606 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TB | 2004 | Front Side Dump | TK60SED | 1TK60423X4M04701 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 6077 | unsecured | yes | 1602 | 5,500 | 0 | 605 | | 100 | 4,795 | TB | 2004 | Side Dump Dolly | TKDD | 1TK50222XAMA7142 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 6078 | unsecured | yes | 1594 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TB | 2004 | Rear Side Dump | TK60SED | 1TK54027YMA47143 | |
| 50 - Trailers | Trailers Lowbed Tag | 6079 | unsecured | yes | 1554 | 3,500 | 0 | 385 | | 250 | 2,865 | TB | 2001 | TK24-2400 | 24 Ton Flatbed | 1TK03N3N3M31013 | |
| 50 - Trailers | Trailers First Transfer | 6090 | unsecured | yes | 495 | 0 | 0 | 0 | | 200 | (200) | TB | 2005 | Transfer Reliance | 3TRCHD-24 | 5REFA3815N8254216 | |
| 50 - Trailers | Trailers Second Transfer | 6091 | unsecured | yes | 1599 | 9,500 | 0 | 1,045 | | | 8,455 | TB | 2005 | Transfer Reliance | 2TRCHD-22 | 5REFA3301DSS5422 | |
| 50 - Trailers | Trailers First Transfer | 6092 | unsecured | yes | 496 | 0 | 0 | 0 | 41 | 500 | (541) | TB | 2005 | Transfer Reliance | 3TRCHD-24 | 5REFA3A02S55N8214 | |
| 50 - Trailers | Trailers Second Transfer | 6093 | unsecured | yes | 1598 | 10,000 | 0 | 1,100 | | 200 | 8,700 | TB | 2005 | Transfer Reliance | 2TRCHD-22 | 5REFA3ABMS6N5417 | |
| 50 - Trailers | | 15078 | unsecured | yes | 1606 | 6,000 | 0 | 660 | | | 5,340 | WES | 1999 | 20 Belly Dump | | 1IH1H402XZL21451 | |
| 40 - Trucks - Diesel | Pickup Diesel | 40108 | unsecured | yes | 701 | 5,500 | 0 | 605 | 41 | 250 | 4,604 | WES | 2000 | F250 | F250 Pickup 4X4 | 1FTNX21F8YED46063 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40110 | unsecured | yes | 617 | 3,500 | 0 | 385 | 41 | 250 | 2,824 | WES | 2000 | F550 | F550 Flatbed 2X4 | 1FDAF56F7YEB45657 | |
| 40 - Truck - Gasoline | Pickup Gasoline | 40111 | unsecured | yes | 714 | 3,000 | 0 | 330 | 188 | 250 | 2,252 | WES | 2000 | F150 | F150 Pickup 4X4 | 1FTRF18W0YNC11047 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40112 | unsecured | yes | 598 | 5,500 | 0 | 605 | 41 | 250 | 4,604 | WES | 2001 | F450 | F450 Flatbed 2X4 | 1FDXF47F1E24359 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40117 | unsecured | yes | 597 | 5,500 | 0 | 605 | 41 | 250 | 4,604 | WES | 2001 | F450 | F450 Flatbed 2X4 | 1FDAF46F81E01034 | |
| 40 - Trucks - Diesel | Pickup Diesel | 40119 | unsecured | yes | 678 | 7,000 | 0 | 770 | 41 | 250 | 5,939 | WES | 2001 | F250 | F250 Pickup 4X4 | 1FTNX21F91EB45374 | |
| 40 - Truck - Gasoline | Pickup Gasoline | 40122 | unsecured | yes | 706 | 3,500 | 0 | 385 | 386 | 250 | 2,479 | WES | 2000 | C-20 | 1500 Pickup EXT-CAB 2X4 | B2CEK19THY1110472 | |
| 40 - Trucks - Diesel | Truck Flatbed/Utility | 40127 | unsecured | yes | 604 | 6,000 | 0 | 660 | 41 | 250 | 5,049 | WES | 2001 | F350 | F350 Flatbed 2X4 | 1FDWF36F01ED12497 | |
| 50 - Trucks - Diesel | Trucks Transfer 3-Axle | 50109 | unsecured | yes | 436 | 55,000 | 0 | 6,050 | | 200 | 48,750 | TB | 2005 | T-800 | KW - T800 | 1NKD4Q6X5PJ10884 | |
| 50 - Trucks - Diesel | Trucks Transfer 3-Axle | 50110 | unsecured | yes | 495 | 64,000 | 0 | 7,040 | 41 | 500 | 56,419 | TB | 2005 | T-800 | KW - T800 | 1NKDX4DGX5R10547 | |
| 50 - Trucks - Diesel | Trucks Dump 5 Yard 3-Axle | 50112 | unsecured | yes | 511 | 9,500 | 0 | 1,045 | | 250 | 8,205 | TB | 1999 | F450 Dumping 2X4 | IHS 4700-2 | 1HTSGAAR2XH44180 | |
| 50 - Trucks - Diesel | Trucks Tractor 3-Axle | 50121 | unsecured | yes | 395 | 20,000 | 0 | 2,200 | 41 | 500 | 17,259 | TB | 2000 | 3 Axle Tractor | KW - T800 | 1XKDDR0XY9R81431 | |
| 50 - Trucks - Diesel | Trucks Water 3-Axle | 50125 | unsecured | yes | 477 | 23,000 | 0 | 2,530 | 1,535 | 700 | 18,235 | WES | 2000 | 3 Axle Water Truck | IHC 4900 | 1HTSHAD8T6H42059 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 50124 | unsecured | yes | 1591 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TB | 2005 | Front Side Dump | TK60SED | 1TK60402XSM06094 | |
| 50 - Trailers | Trailers Side Dump 20 Yard | 60105 | unsecured | yes | 1592 | 20,500 | 0 | 2,255 | | 250 | 17,995 | TB | 2005 | Rear Side Dump | TK60SED | 1TK60402XSM06090 | |
| | | | | | | 421,250 | 225 | 46,338 | 2,969 | 9,000 | 362,719 | | | | | | |

EXHIBIT "A"