1  Jeffrey L. Hartman, Esq.,  #1607
   **HARTMAN & HARTMAN**                          **E-filed 12/2/13**
2  510 West Plumb Lane, Ste. B
   Reno, Nevada   89509
3  Telephone: (775) 324-2800
   Facsimile: (775) 324-1818
4  notices@bankruptcyreno.com

5

6                **UNITED STATES BANKRUPTCY COURT**

7                        **DISTRICT OF NEVADA**

8  IN RE:                                   CASE NO.  BK-N-09-52177-GWZ (Lead)
                                            CASE NO.  BK-N-09-52178-GWZ
9  WES CONSTRUCTION COMPANY,                CASE NO.  BK-N-09-52181-GWZ
   INC., a Nevada corporation,              (Jointly Administered)
10
   HEAVY EQUIPMENT SERVICES,                CHAPTER    7
11 LLC, a Nevada limited liability company,
                                            **TRUSTEE'S OBJECTION TO CLAIM OF**
12 TRUCKING SERVICES, LLC,                  **ACTIVE ASSET MANAGEMENT**
   a Nevada limited liability company,      **(CLAIM 72-1)**
13
            Debtors.
14                                          **Hearing Date:  2/11/14**
                                            **Hearing Time: 2:00 p.m.**
15

16 _____/

17       Keith J. Tierney, chapter 7 trustee for WES Construction Company, Inc., Heavy

18 Equipment Services, LLC and Trucking Services, LLC ("Trustee") objects to Claim 72-1

19 filed on October 5, 2009  by Active Asset Management ("Active").  This objection is made

20 in accordance with 11 U.S.C. § 502, F.R.Bankr.P. 3007, 9014 and LR 3007.  As required by

21 LR 3007(a)(4), a copy of the first page of Claim 72-1 is attached to this Objection as **Exhibit**

22 **A**.

23       Claim 72-1 is based upon two separate lease agreements, WESCO "A" and WESCO

24 "B".  The Trustee objects to that portion of Claim 72-1 for payments claimed due for the

25 unexpired portion of the leases, i.e., $244,468.53 for WESCO "A" and $104,344.20 for

26 WESCO "B".  Trustee asserts that Active had an affirmative duty to mitigate its damages

27 ///

28 ///

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1  and there is no evidence that it did so.  On that basis, the Trustee objects to $348,812.73 of

2  Claim 72-1.

3       DATED: December 2, 2013.

4                                    **HARTMAN & HARTMAN**

5

6                                    /S/ Jeffrey L. Hartman
                                     Jeffrey L. Hartman, Esq.
7                                    Attorney for Keith Tierney, Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28